1  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
2  ERIK KEMP (State Bar No. 246196)
   ek@severson.com
3  MARY KATE KAMKA (State Bar No. 282911)
   mkk@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

   Attorneys for Defendants
8  NATIONSTAR MORTGAGE LLC
   (erroneously named as Nationstar LLC) and
9  SOLUTIONSTAR LLC

10              UNITED STATES DISTRICT COURT

11         EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| EUGENIO AND ROSA CONTRERAS, WILLIAM AND MELVA PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, COLLEEN ANN O'HALLORAN, JENNIE MILLER, AND EDWARD YAGER, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR LLC, A DELAWARE LIMITED LIABILITY COMPANY; SOLUTIONSTAR, LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND DOES 1 THROUGH 1000,<br><br>Defendants. | Case No. 2:16-CV-00302-MCE-EFB<br><br>**STIPULATION TO EXTEND DEADLINES FOR OPPOSITION AND REPLY BRIEFS AND MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>Action Filed:   February 12, 2016<br>Trial Date:       TBD |
|---|---|

WHEREAS, defendants Nationstar Mortgage LLC and Solutionstar LLC will file a motion to dismiss portions of plaintiffs' complaint on May 2, 2016;

WHERAS, Local Rule 230(b) and (c) provide that an opposition to a motion to dismiss must be filed not less than 14 days before the noticed hearing date, and that a reply to a motion to

80001.0042/7487415.1

dismiss must be filed not less than 7 days before the noticed hearing date;

WHEREAS, the parties wish to modify the deadlines for plaintiffs to file their opposition to defendants' motion to dismiss and for defendants to file their reply to plaintiffs' opposition;

WHEREAS, good cause exists for the extensions because this is a case involving multiple parties and the application of several different states' laws, and the parties believe both they and the Court would benefit from the parties having additional time to brief these issues;

WHEREAS, Local Rule 143(b) and 144(b) provide that the parties may stipulate to extend or modify deadlines subject to the Court's approval of the stipulation;

IT IS HEREBY STIPULATED by and between plaintiffs, on the one hand, and defendants, on the other, through their respective counsel of record, subject to the Court's approval, that the briefing schedule on defendants' motion to dismiss is modified as follows:

1. Defendants will file their motion to dismiss on May 2, 2016.

2. Should Plaintiffs not amend their Complaint as of right pursuant to Federal Rule of Civil Procedure 15(a)(1), Plaintiffs will file their opposition to the motion to dismiss no later than June 16, 2016.

3. Defendants will file their reply to plaintiffs' opposition no later than July 7, 2016.

4. The hearing on defendants' motion to dismiss will be noticed for July 28, 2016.

IT IS SO STIPULATED.

DATED: May 2, 2016                          SEVERSON & WERSON
                                            A Professional Corporation


                                            By:    */s/ Erik Kemp*
                                                       Erik Kemp

                                            Attorneys for Defendants NATIONSTAR MORTGAGE LLC (erroneously named as Nationstar LLC) and SOLUTIONSTAR LLC

DATED: May 2, 2016                    HAGENS BERMAN SOBOL SHAPIRO L.L.P.

By: */s/ Thomas E. Loeser*
       Thomas E. Loeser

Attorneys for Plaintiffs EUGENIO AND ROSA CONTRERAS, WILLIAM AND MELVA PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, COLLEEN ANN O'HALLORAN, JENNIE MILLER, AND EDWARD YAGER, on behalf of the themselves and all others similarly situated

DATED: May 2, 2016                    KELLER ROHRBACK L.L.P..

By: */s/ Gretchen S. Obrist*
       Gretchen S. Obrist

Attorneys for Plaintiffs EUGENIO AND ROSA CONTRERAS, WILLIAM AND MELVA PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, COLLEEN ANN O'HALLORAN, JENNIE MILLER, AND EDWARD YAGER, on behalf of the themselves and all others similarly situated

**PROPOSED ORDER**

Pursuant to the foregoing stipulation, Plaintiffs will file their opposition to the motion to dismiss no later than June 16, 2016 and Defendants will file their reply to plaintiffs' opposition no later than July 7, 2016.

IT IS SO ORDERED.

Dated: May 5, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE