JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
GURINDER S. GREWAL (State Bar No. 277975)
gsg@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
NATIONSTAR MORTGAGE LLC
(erroneously named as Nationstar LLC) and
SOLUTIONSTAR LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM AND MELVA PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, COLLEEN ANN O'HALLORAN, JENNIE MILLER, AND EDWARD YAGER, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>  Plaintiffs,<br><br>  vs.<br><br>NATIONSTAR LLC, A DELAWARE LIMITED LIABILITY COMPANY; SOLUTIONSTAR, LLC, A DELAWARE LIMITED LIABILITY COMPANY; AND DOES 1 THROUGH 1000,<br><br>  Defendants. | Case No. 2:16-CV-00302-MCE-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE FOR SOLUTIONSTAR TO RESPOND TO AMENDED CLASS ACTION COMPLAINT**<br><br>**Complaint Filed:** August 30, 2017<br>**Current Response Date:** September 13, 2017<br>**New Response Date:** October 31, 2017 |

Plaintiffs and defendant Solutionstar, LLC ("Solutionstar") hereby stipulate as follows:

WHEREAS, on August 30, 2017, Plaintiffs filed the operative amended complaint;

WHEREAS, Solutionstar's current deadline to respond to the amended complaint is September 13, 2017;

1    WHEREAS, on September 7, 2017, co-defendant Nationstar Mortgage LLC ("Nationstar") executed a Waiver of the Service of Summons that made its response to the amended complaint due by October 31, 2017;

4    WHEREAS, Plaintiff has agreed to extend Solutionstar's deadline to respond to October 31, 2017 to coincide with Nationstar's deadline to respond to the amended complaint;

6    WHEREFORE, Plaintiff and Solutionstar stipulate as follows:

7    1.    The time for Solutionstar to respond to the complaint shall be extended by 48 additional days, so that any response may be filed up to and including October 31, 2017.

9    2.    This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

DATED: September 12, 2017            SEVERSON & WERSON
                                     A Professional Corporation


                                     By:    */s/ Gurinder S. Grewal*
                                            Gurinder S. Grewal

                                     Attorneys for Defendants NATIONSTAR MORTGAGE
                                     LLC (erroneously named as Nationstar LLC) and
                                     SOLUTIONSTAR LLC

DATED: September 12, 2017            KELLER ROHRBACK L.L.P.




                                     By:    */s/ Ian Mensher*
                                            Ian Mensher

                                     Attorneys for Plaintiffs


I, Gurinder S. Grewal, attest that Ian Mensher, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing. */s/ Gurinder S. Grewal*

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that the deadline for defendant Solutionstar, LLC to answer, move, or otherwise respond to the complaint is extended to October 31, 2017.

DATED: _____, 2017                 _____

                                                                                                              The Honorable Edmund F. Brennan
                                                                                                              United States District Judge