Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
(206) 623-7292, Fax (206) 623-0594

**Attorneys for Plaintiffs**
*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM AND MELVA PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, JENNIE MILLER, and EDWIN YAGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR, LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and DOES 1 through 1000,<br><br>Defendants. | No. 2:16-cv-00302-MCE-EFB<br><br>**<u>DECLARATION OF IAN MENSHER IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT</u>**<br><br>Date:    January 25, 2018<br>Time:   2:00 p.m.<br>Ctrm.:   7<br>Judge:  Hon. Morrison C. England, Jr. |

Pursuant to 28 U.S.C. § 1746, I, Ian Mensher, submit this Declaration in Support of Plaintiffs' Motion for Leave to File Second Amended Complaint.

1. I am an associate of Keller Rohrback L.L.P. and counsel for Plaintiffs in this matter.

2. On November 22, 2017, I sent an email to counsel for Defendants asking whether Defendants would oppose Plaintiffs' request for leave to file the First Amended Complaint.

3. On December 6, 2017, I left counsel for Defendants a voicemail to follow up on my November 22, 2017 email.

4. On December 7, 2017, counsel for Defendants returned my call and told me that Defendants would not assent to Plaintiffs' request for leave to file the First Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of December, 2017, in Seattle, WA.

By /s/ Ian Mensher
Ian Mensher

DECLARATION OF IAN MENSHER IN SUPPORT OF
PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT- 1

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

*/s/ Ian Mensher*
Ian Mensher