UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM AND MELVA PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, COLLEEN ANN O'HALLORAN, JENNIE MILLER, and EDWARD YAGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, A DELAWARE LIMITED LIABILITY COMPANY; SOLUTIONSTAR, LLC, A DELAWARE LIMITED LIABILITY COMPANY; and DOES 1 through 1000,<br><br>Defendants. | No. 2:16-cv-302-MCE-EFB<br><br>ORDER AFTER HEARING |

This case was before the court on December 19, 2019, for hearing on plaintiffs' motion to compel defendants to provide further responses to requests for production of documents. ECF No. 55. Attorney Ian Mensher appeared on behalf of the plaintiffs; attorney Rachele Morowitz appeared on behalf of the defendants.

For the reasons stated on the record, plaintiffs' motion to compel (ECF No. 55) is granted in part and denied in part as follows:

1

1. The motion is granted in part as to Request for Production of Documents Number 37. By no later than January 18, 2019, defendants shall provide plaintiff with a list of prior lawsuits involving claims challenging the pay-to-pay and property inspections practices at issue in this action. Also by that date, defendants shall produce all deposition transcripts and exhibits from *Garcia v. Nationstar Mortgage LLC*, No 2:15-cv-1808 TSZ (W.D. Wash. 2018) that relate to the pay-to-pay and property inspection practices at issue in this action.

2. The motion is granted as to Request for Production of Documents Number 38. By no later than January 9, 2019, defendants shall produce a list of all investigations concerning its pay-to-pay and property inspection practices. By no later February 6, 2019, defendants shall produce all nonprivileged documents concerning these investigations. If any documents are withheld as privileged, defendants shall serve plaintiffs with a privilege log identifying and describing each withheld document and specifying the grounds for it is being withheld.

3. The motion is granted as to Requests for Production of Documents Numbers 19 and 23. Defendants shall perform a reasonable search for additional responsive documents and produce any documents found by January 4, 2019. Defendants shall also produce a signed verification describing the search conducted and stating that all responsive documents have been produced or that no additional responsive documents were found. The verification shall be signed under penalty of perjury by the individual(s) who conducted the search.

4. The motion is granted as to Requests for Production of Documents Numbers 33, 41, and 42. Defendants shall produce all documents responsive to these requests by January 18, 2019.

5. The motion is granted as to Request for Production of Documents 43. Defendants shall produce all responsive documents by no later than January 9, 2019. If defendants do not have documents responsive to this request, it shall serve plaintiffs with a verification describing the search for documents that conducted and signed under penalty of perjury by the individual who conducted the search.

/////

/////

6. The balance of the motion is denied.

DATED: December 21, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3