| | |
|---|---|
| Dean Kawamoto (Bar No. 232032) | John B. Sullivan (Bar No. 96742) |
| dkawamoto@kellerrohrback.com | jbs@severson.com |
| Derek W. Loeser, admitted *pro hac vice* | Erik Kemp (Bar No. 246196) |
| dloeser@kellerrohrback.com | ek@severson.com |
| **KELLER ROHRBACK L.L.P.** | Kalama M. Lui-Kwan (Bar No. 242121) |
| 1201 Third Avenue, Suite 3200 | kml@severson.com |
| Seattle, WA 98101-3052 | Gregory L. Huber (Bar No. 287865) |
| Tel.: (206) 623-1900 | glh@severson.com |
| Fax: (206) 623-3384 | Megan C. Kelly (Bar No. 251293) |
| | mck@severson.com |
| Thomas E. Loeser (Bar No. 202724) | Mary Kate Sullivan (Bar No. 180203) |
| tomloeser@hbsslaw.com | mks@severson.com |
| **HAGENS BERMAN SOBOL SHAPIRO L.L.P.** | **SEVERSON & WERSON** |
| | A Professional Corporation |
| 1301 Second Ave, Suite 2000 | One Embarcadero Center, Suite 2600 |
| Seattle, WA 98101 | San Francisco, CA 94111 |
| Tel.: (206) 623-7292 | Tel.: (415) 398-3344 |
| Fax: (206) 623-0594 | Fax: (415) 956-0439 |

**Attorneys for Plaintiffs**
*(Additional counsel listed on signature page)*

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, JENNIE MILLER, and EDWIN YAGER, on behalf of themselves and all others similarly situated,

    Plaintiffs,

v.

NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR, LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and DOES 1 through 1000,

    Defendants.

No. 2:16-cv-00302-MCE-EFB

**STIPULATED MOTION AND ORDER SETTING CASE SCHEDULE**

Action Filed:   February 12, 2016
Trial Date:      TBD

STIPULATION EXTENDING CASE SCHEDULE

Plaintiffs Eugenio and Rosa Contreras, William Phillips, Teresa Barney, Keith and Teresa Marcel, Sherlie Charlot, Jennie Miller, and Edwin Yager, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendants Nationstar Mortgage LLC and Solutionstar LLC ("Nationstar") (together, the "Parties") by and through their respective counsel of record, hereby submit this Stipulated Motion for entry of an amended case schedule as set forth below.

On July 19, 2018 the Court entered a stipulation and order setting certain case deadlines, including a class certification motion deadline of January 25, 2019. (ECF No. 46). The current relevant deadlines are set forth in the chart below. Both before and since that time the parties have been actively engaged in discovery. Defendants have served Interrogatories, and Plaintiffs have served Requests for Production, Interrogatories, and two Rule 30(b)(6) deposition notices. The parties had tentatively set Rule 30(b)(6) depositions of corporate witnesses for Defendants on January 9 and 10, 2019 on topics that relate to, among other things, class certification. But on December 19, 2018, the Court granted in part and denied in part Plaintiffs' motion to compel production of documents, and ordered the production of documents concerning the Rule 30(b)(6) notices and class certification. ECF No. 68. The Court set certain dates for production, ranging from January 9, 2018, to February 6, 2018. *See id*. These production dates will not allow Plaintiffs sufficient time to review and utilize the documents for the Rule 30(b)(6) depositions and, likely, for use in their motion for class certification. Additionally, the parties are still negotiating the scope of the Rule 30(b)(6) notices. Thus, given the timing imposed by the Court's order on Plaintiffs' motion to compel, the current class certification deadline, and the parties' ongoing negotiations on the Rule 30(b)(6) depositions, the parties believe that an extension of the case deadlines by three months will help ensure the fair and efficient litigation of this case.

This Stipulation is the second extension of the case schedule and is made with good cause and without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action.

STIPULATION AND ORDER SETTING CASE SCHEDULE - 1

The Parties therefore respectfully request the Court grant this Stipulated Motion and extend the case deadlines as follows.

| Event | Original Set Deadlines | Proposed Joint Deadlines |
|---|---|---|
| Class-Certification Expert Discovery cutoff | 01/11/2019 | **04/11/2019** |
| Plaintiffs' deadline to file Motion for Class Certification | 01/25/2019 | **04/25/2019** |
| Defendants' opposition to Plaintiffs' Motion for Class Certification | 02/22/2019 | **05/22/2019** |
| Plaintiff's Reply in Support of Motion for Class Certification | 03/08/2019 | **06/07/2019** |
| Merits discovery cutoff | 06/14/2019 | **09/13/2019** |
| Disclosure of Expert witnesses and information required by Rule 26(a)(2) | 07/12/2019 | **10/11/2019** |
| Rebuttal Expert Reports | 08/16/2019 | **11/15/2019** |
| Expert Discovery Cutoff | 09/27/2019 | **12/27/2019** |
| Deadline for Parties to file Dispositive Motions | 10/25/2019 | **01/24/2020** |
| Deadline for Parties to file Motions in *Limine* | Set by Court once trial date is set | Set by Court once trial date is set |
| Final Pretrial Conference | Set by Court once trial date is set | Set by Court once trial date is set |
| Trial Date | Set by Court once trial date is set | Set by Court once trial date is set |

DATED this 28th day of December, 2018.

By */s/ Ian Mensher*
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
Gretchen S. Obrist, admitted *pro hac vice*
gobrist@kellerrohrback.com
Ian Mensher, admitted *pro hac vice*
imensher@kellerrohrback.com
Rachel Morowitz, *pro hac vice pending*
rmorowitz@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Ave, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594

***Attorneys for Plaintiffs***

STIPULATION AND ORDER SETTING CASE SCHEDULE - 3

By /s/ Megan C. Kelly
John B. Sullivan (Bar No. 96742)
jbs@severson.com
Erik Kemp (Bar No. 246196)
ek@severson.com
Kalama M. Lui-Kwan (Bar No. 242121)
kml@severson.com
Gregory L. Huber (Bar No. 287865)
glh@severson.com
Megan C. Kelly (Bar No. 251293)
mck@severson.com
Mary Kate Sullivan (Bar No. 180203)
mks@severson.com
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: (415) 398-3344
Fax: (415) 956-0439

*Attorneys for Defendants*

## ORDER

The parties request to modify the scheduling order is GRANTED. All other requirements set forth in the Court's Supplemental Pretrial Scheduling Order (ECF No. 24) shall remain in effect. The Court emphasizes that the parties are still ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion(s). If the parties do not intend to file dispositive motions, the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after the close of the designation of supplemental expert witnesses and the notice must include statements of intent to forgo the filing of dispositive motions.

IT IS SO ORDERED.

Dated: January 2, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE