JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
MEGAN C. KELLY (State Bar No. 251293)
mck@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
NATIONSTAR MORTGAGE LLC and
SOLUTIONSTAR LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, JENNIE MILLER, AND EDWARD YAGER, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR LLC, A DELAWARE LIMITED LIABILITY COMPANY; SOLUTIONSTAR, LLC, A DELAWARE LIMITED LIABILITY COMPANY; and DOES 1 through 1000,<br><br>Defendants. | Case No. 2:16-cv-00302-MCE-EFB<br><br>**STIPULATION RE: DEFENDANTS' RESPONSIVE PLEADING DEADLINE**<br><br>Action Filed: February 12, 2016<br>Trial Date: TBD |

WHEREAS, on February 19, 2019, this Court issued a Memorandum and Order granting in part and denying part Defendants' Motion to Dismiss. ECF No. 79. The Court gave Plaintiffs twenty (20) days – or until March 11, 2019 – to file an amended complaint, if desired. The Court did not specify a date certain for Defendants' responsive pleadings.

WHEREAS, the parties have met and conferred and agreed that Defendants will file a

80001.0042/14791305.1                                           2:16-cv-00302-MCE-EFB
STIPULATION RE: DEFENDANTS' RESPONSIVE PLEADING DEADLINE

responsive pleading on or before April 1, 2019.

WHEREAS, Local Rule 143(b) and 144(b) provide that the parties may stipulate to extend or modify deadlines subject to the Court's approval of the stipulation;

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Defendants, on the other, through their respective counsel of record, subject to the Court's approval, that Defendants will file a response to the operative Second Amended Complaint no later than April 1, 2019.

IT IS SO STIPULATED.

DATED: March 18, 2019　　　　SEVERSON & WERSON
　　　　　　　　　　　　　　　A Professional Corporation

By:  */s/ Megan C. Kelly*
　　　　Megan C. Kelly

Attorneys for Defendants NATIONSTAR MORTGAGE LLC and SOLUTIONSTAR LLC

DATED: March 18, 2019　　　　KELLER ROHRBACK L.L.P..

By:  */s/ Laura Gerber*
　　　　Laura Gerber

Attorneys for Plaintiffs EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, JENNIE MILLER, AND EDWARD YAGER, on behalf of themselves and all others similarly situated

**ORDER**

IT IS SO ORDERED.

Dated: March 20, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE