| | |
|---|---|
| Dean Kawamoto (Bar No. 232032) | John B. Sullivan (Bar No. 96742) |
| dkawamoto@kellerrohrback.com | jbs@severson.com |
| Derek W. Loeser, admitted *pro hac vice* | Erik Kemp (Bar No. 246196) |
| dloeser@kellerrohrback.com | ek@severson.com |
| **KELLER ROHRBACK L.L.P.** | Kalama M. Lui-Kwan (Bar No. 242121) |
| 1201 Third Avenue, Suite 3200 | kml@severson.com |
| Seattle, WA 98101-3052 | Gregory L. Huber (Bar No. 287865) |
| Tel.: (206) 623-1900 | glh@severson.com |
| Fax: (206) 623-3384 | Megan C. Kelly (Bar No. 251293) |
| | mck@severson.com |
| Thomas E. Loeser (Bar No. 202724) | Mary Kate Sullivan (Bar No. 180203) |
| tomloeser@hbsslaw.com | mks@severson.com |
| **HAGENS BERMAN SOBOL SHAPIRO L.L.P.** | **SEVERSON & WERSON** |
| 1301 Second Ave, Suite 2000 | A Professional Corporation |
| Seattle, WA 98101 | One Embarcadero Center, Suite 2600 |
| Tel.: (206) 623-7292 | San Francisco, CA 94111 |
| Fax: (206) 623-0594 | Tel.: (415) 398-3344 |
| | Fax: (415) 956-0439 |
| **Attorneys for Plaintiffs** | *Attorneys for Defendants* |
| *(Additional counsel listed on signature page)* | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, JENNIE MILLER, and EDWARD YAGER, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR, LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and DOES 1 through 1000,<br><br>                Defendants. | No. 2:16-cv-00302-MCE-EFB<br><br>**STIPULATED MOTION AND ORDER EXTENDING CASE SCHEDULE**<br><br>Action Filed:   February 12, 2016<br>Trial Date:      TBD |

STIPULATION EXTENDING CASE SCHEDULE

Plaintiffs Eugenio and Rosa Contreras, William Phillips, Teresa Barney, Keith and Teresa Marcel, Sherlie Charlot, Jennie Miller, and Edward Yager, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendants Nationstar Mortgage LLC and Solutionstar LLC ("Nationstar") (together, the "Parties") by and through their respective counsel of record, hereby submit this Stipulated Motion for entry of an amended case schedule as set forth below.

On January 4, 2019 the Court entered a stipulation and order setting certain case deadlines, including a class certification motion deadline of April 25, 2019. (ECF No. 71). On February 14, 2019, the Court entered an order granting in part and denying in part Defendants' Motion to Dismiss and granted Plaintiffs 20 days, or until March 11, 2019, to file an Amended Complaint. (ECF No. 79). Plaintiffs did not file an Amended Complaint. Pursuant to the Stipulation and Order signed on March 20, 2019, (ECF No. 82), Defendants' deadline to file a response to the operative Second Amended Complaint is presently April 1, 2019. As set forth below, the Parties have agreed to extend this deadline to April 15, 2019.

The current and proposed case deadlines are set forth in the chart below. Both before and since entry of the January 4 stipulation and order the parties have been actively engaged in discovery and have been actively negotiating numerous outstanding discovery issues relating to both class certification discovery and merits discovery. Defendants have served Interrogatories, and Plaintiffs have served Requests for Production, Interrogatories, and two Rule 30(b)(6) deposition notices. Plaintiffs have now taken two Rule 30(b)(6) depositions and three remain to be taken, but Plaintiffs require additional document productions before the additional Rule 30(b)(6) depositions can be completed and before they can prepare their class certification motion. Thus, given the fact that the class certification deadline is April 25, 2019, but the Answer has not yet been filed, and the parties are still engaged in numerous ongoing discovery negotiations such that Plaintiffs may be required to file a motion to compel, the

STIPULATION AND ORDER SETTING CASE SCHEDULE - 1

parties believe that an extension of all the case deadlines by six months will help ensure the fair and efficient litigation of this case.

This Stipulation is the third extension of the case schedule and is made with good cause and without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action. The Parties therefore respectfully request the Court grant this Stipulated Motion and extend the case deadlines as follows.

| Event | Current Deadlines | Proposed New or Extended Deadlines |
|---|---|---|
| Deadline to File Answer to Second Amended Complaint | 04/01/19 | **04/15/2019** |
| Class Certification Amended Expert Report Deadline | | **8/15/2019** |
| Class-Certification Expert Discovery Cutoff | 04/11/2019 | **9/13/2019** |
| Plaintiffs' Deadline to File Motion for Class Certification | 04/25/2019 | **10/4/2019** |
| Defendants' Opposition to Plaintiffs' Motion for Class Certification | 05/22/2019 | **11/15/2019** |
| Plaintiffs' Reply in Support of Motion for Class Certification | 06/07/2019 | **12/13/2019** |
| Merits discovery cutoff | 09/13/2019 | **3/20/2020** |
| Disclosure of Expert Witnesses and Information Required by Rule 26(a)(2) | 10/11/2019 | **4/17/2020** |
| Rebuttal Expert Reports | 11/15/2019 | **5/22/2020** |
| Expert Discovery Cutoff | 12/27/2019 | **6/26/2020** |
| Deadline for Parties to File Dispositive Motions | 01/24/2020 | **7/24/2020** |
| Deadline for Parties to File Motions in *Limine* | Set by Court once trial date is set | Set by Court once trial date is set |
| Final Pretrial Conference | Set by Court once trial date is set | Set by Court once trial date is set |
| Trial Date | Set by Court once trial date is set | Set by Court once trial date is set |

STIPULATION AND ORDER SETTING CASE SCHEDULE - 2

DATED this 29th day of March, 2019.

By */s/ Laura R. Gerber*
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
Gretchen S. Obrist, admitted *pro hac vice*
gobrist@kellerrohrback.com
Laura R. Gerber, admitted *pro hac vice*
lgerber@kellerrohrback.com
Rachel Morowitz, admitted *pro hac*
rmorowitz@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Ave, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292

*Attorneys for Plaintiffs*

By */s/ Megan C. Kelly*
John B. Sullivan (Bar No. 96742)
jbs@severson.com
Erik Kemp (Bar No. 246196)
ek@severson.com
Kalama M. Lui-Kwan (Bar No. 242121)
kml@severson.com
Megan C. Kelly (Bar No. 251293)
mck@severson.com
Mary Kate Sullivan (Bar No. 180203)
mks@severson.com
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: (415) 398-3344

*Attorneys for Defendants*

STIPULATION AND ORDER SETTING CASE SCHEDULE - 3

## ATTESTATION REGARDING SIGNATURES

I, Laura Gerber, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 29, 2019                              /s/ Laura R. Gerber
                                                   Laura R. Gerber

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

                                                   /s/ Laura R. Gerber
                                                   Laura Gerber

IT IS SO ORDERED.

Dated: April 8, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE