UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM AND MELVA PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, COLLEEN ANN O'HALLORAN, JENNIE MILLER, and EDWARD YAGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR, LLC, a Delaware Limited Liability Company; and DOES 1 through 1000,<br><br>Defendants. | No. 2:16-cv-302-MCE-EFB<br><br>ORDER AFTER HEARING |

This case was before the court on June 19, 2019, for hearing on: (1) plaintiffs' motion to compel defendants to produce documents without redactions (ECF No. 89); (2) defendants' motion for a protective order (ECF No. 90); and the parties' requests to file documents under seal (ECF Nos. 93 & 95). Attorney Laura Gerber appeared on behalf of the plaintiffs, and attorneys Mary Kate Sullivan and Megan Kelly appeared on behalf of the defendants.

1

For the reasons stated on the record, it is hereby ORDERED that:

1. Plaintiffs' request to file documents under seal is granted in part as follows:

    a. The declaration of Megan Kelly in support of plaintiffs' motion to compel and Exhibits 2 and 3 to the declaration shall be filed under seal.

    b. An unredacted copy of Exhibit G to the declaration of Laura Gerber shall be filed under seal. Plaintiffs shall file on the public docket a copy of Exhibit G with the comment section for document 27 redacted.

    c. An unredacted copy of the parties' joint statement regarding plaintiffs' motion to compel (ECF No. 94) shall be filed under seal. Plaintiffs shall file on the public docket a copy of the joint statement with redactions at page 25, lines 4-16, and page 27, lines 5-10.

2. Defendants' request to file documents under seal is granted, and Exhibits 2 & 3 to the declaration of Megan Kelly in support of defendants' motion for a protective order shall be filed under seal.

3. Plaintiffs' motion to compel defendants to produce documents without redactions (ECF No. 89) is granted as follows:

    a. Defendants shall produce documents 1-24, 26, and 28-51, with only social security numbers redacted. *See* Gerber Decl., Ex. G.

    b. Defendants shall produce to plaintiffs' counsel unredacted copies of documents 25 and 27.[1] *See* Gerber Decl., Ex. G. These two documents may only be viewed by plaintiffs' counsel of record in this case and their support staff. Counsel shall not disclose to plaintiffs or the public any information contained in the previously redacted portions of documents 25 and 27.

4. Defendants' motion for a protective order (ECF No. 90) is denied.

DATED: July 1, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Documents 25 and 27 were submitted for *in camera* review. After reviewing the documents, the court finds that they should be produced to plaintiffs' counsel without redactions as described herein.