Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

**Attorneys for Plaintiffs**
*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, JENNIE MILLER, and EDWIN YAGER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR, LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and DOES 1 through 1000,<br><br>　　　　　　　　　　　Defendants. | No. 2:16-cv-00302-MCE-EFB<br><br>**STIPULATED MOTION TO SET NEW DISCOVERY DEADLINES IN LIGHT OF PENDING MEDIATION AND ORDER**<br><br>Action Filed:　　February 12, 2016<br>Trial Date:　　　TBD |

1    Plaintiffs Eugenio and Rosa Contreras, William Phillips, Teresa Barney, Keith and Teresa Marcel, Sherlie Charlot, Jennie Miller, and Edwin Yager, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendants Nationstar Mortgage LLC and Solutionstar Field Services LLC (erroneously sued herein as Solutionstar LLC (n/k/a Xome Holding LLC)) LLC (collectively "Nationstar") (together, the "Parties") by and through their respective counsel of record, hereby submit this Stipulated Motion To Extend Discovery Deadlines in Light of Pending Mediation as set forth below.

Pursuant to the Parties' Joint Report Under Rule 26 of the Federal Rules of Civil Procedure, November 17, 2017, ECF No. 30, at § XI, the parties have determined that settlement discussions in this matter are no longer premature, and they have engaged the services of JAMS mediator the Hon. Ronald M. Sabraw (Ret.) to assist them in working to resolve this matter. The parties will conduct a mediation with Hon. Sabraw on Thursday, October 10, 2019.

To avoid incurring the costs of fact and expert discovery while simultaneously engaging in settlement negotiations, the parties request that the Court extend all deadlines on pending party discovery and class certification briefing. Following conclusion of the mediation process, the parties will promptly file a notice with the Court informing it of the outcome and either request a schedule for filing settlement papers or an order resuming discovery. The parties agree that during the mediation process they will only seek discovery necessary for resolution of the matter and this agreement to limit discovery will also extend to ongoing document production from third parties based on previously served subpoenas.

To make up for the time spent choosing a mediator, preparing for and participating in initial meetings with the mediator, and conducting the mediation itself, the parties request that the case deadlines for class certification briefing and fact and expert discovery be extended by approximately 110 days from the dates contained in the Stipulated Motion and Order Extending Case Schedule (ECF No. 85). The parties further request that ancillary deadlines relating to fact and expert discovery for class certification be modified to better align with the parties' extended class certification briefing deadlines.

This Stipulation is the fourth extension of certain deadlines on the case schedule and is made with good cause and without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action. The Parties therefore respectfully request that the Court grant this Stipulated Motion to set new discovery deadlines by extending all briefing and fact and expert discovery deadlines by 110 days from the dates contained in the prior Stipulated Motion and Order Extending Case Schedule as follows:

| Event | Current Deadlines | Proposed New or Extended Deadlines |
|---|---|---|
| Class Certification Amended Expert Report Deadline (for Plaintiffs) | 8/15/2019 | **1/14/2020** |
| Plaintiffs' Deadline to File Motion for Class Certification | 10/4/2019 | **2/4/2020** |
| Class Certification Amended Expert Report Deadline (for Defendants) | | **3/2/2020** |
| Defendants' Opposition to Plaintiffs' Motion for Class Certification | 11/15/2019 | **3/23/2020** |
| Plaintiffs' Reply in Support of Motion for Class Certification | 12/13/2019 | **5/4/2020** |
| Class-Certification Expert Discovery Cutoff | 9/13/2019 | **5/18/2020** |
| Merits discovery cutoff | 03/20/2020 | **7/20/2020** |
| Disclosure of Expert Witnesses and Information Required by Rule 26(a)(2) | 4/14/2020 | **8/14/2020** |
| Rebuttal Expert Reports | 5/22/2020 | **9/22/2020** |
| Expert Discovery Cutoff | 6/26/2020 | **10/26/2020** |
| Deadline for Parties to File Dispositive Motions | 07/24/2020 | **11/24/2020** |
| Deadline for Parties to File Motions in *Limine* | Set by Court once trial date is set | Set by Court once trial date is set |
| Final Pretrial Conference | Set by Court once trial date is set | Set by Court once trial date is set |
| Trial Date | Set by Court once trial date is set | Set by Court once trial date is set |

DATED this 16th day of July 2019.

By /s/ *Laura R. Gerber*
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
Gretchen S. Obrist, admitted *pro hac vice*
gobrist@kellerrohrback.com
Laura R. Gerber, admitted *pro hac vice*
lgerber@kellerrohrback.com
Rachel E. Morowitz (Bar No. 326385)
rmorowitz@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Ave, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
Nick Styant-Browne, *admitted pro hac vice*
nick@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

*Attorneys for Plaintiffs*

DATED this 16th day of July 2019.

By /s/ *Mary Kate Sullivan*
John B. Sullivan (Bar No. 96742)
jbs@severson.com
Mark D. Lonergan (Bar No. 143622)
mdl@severson.com
Mary Kate Sullivan (Bar No. 180203)
mks@severson.com
Erik Kemp (Bar No. 246196)
ek@severson.com
Megan C. Kelly (Bar No. 251293)
mck@severson.com

**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: (415) 398-3344
Fax: (415) 956-0439

***Attorneys for Defendants***

ATTESTATION REGARDING SIGNATURES

I, Laura Gerber, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 16, 2019

*/s/ Laura R. Gerber*
Laura R. Gerber

IT IS SO ORDERED.

Dated: July 22, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulated Mtn to Set New Discovery Deadlines - 4
2:16-cv-00302-MCE-EFB