Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

**Attorneys for Plaintiffs**
*(Additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, JENNIE MILLER, and EDWIN YAGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR, LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and DOES 1 through 1000,<br><br>Defendants. | No. 2:16-cv-00302-MCE-EFB<br><br>**STIPULATED MOTION TO SET NEW DISCOVERY DEADLINES AND ORDER**<br><br>Action Filed: February 12, 2016<br>Trial Date: TBD |

Plaintiffs Eugenio and Rosa Contreras, William Phillips, Teresa Barney, Keith and Teresa Marcel, Sherlie Charlot, Jennie Miller, and Edwin Yager, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendants Nationstar Mortgage LLC and Solutionstar Field Services LLC (erroneously sued herein as Solutionstar LLC (n/k/a Xome Holding LLC)) LLC (collectively "Nationstar") (together, the "Parties") by and through their respective counsel of record, hereby submit this Stipulated Motion To Set New Discovery Deadlines as set forth below.

Pursuant to the Parties' July 23, 2019 Stipulated Motion, (ECF No. 103), ("Stipulated Motion") the Parties attempted settlement discussions in this matter and engaged the services of JAMS mediator the Hon. Ronald M. Sabraw (Ret.) to resolve this matter. The Parties prepared and submitted mediation statements, and attended a mediation on Thursday, October 10, 2019, in San Jose, California, and made continued efforts to engage in settlement discussions through December 13, 2019. However, to date, settlement discussions have proved unsuccessful.

Pursuant to the Stipulated Motion, the Parties request that the Court enter an order extending all deadlines on pending party discovery and class certification briefing. To make up for the time spent preparing for and participating in the settlement conference and ensuing settlement discussions subsequent to mediation, the Parties request that the case deadlines for class certification briefing and fact and expert discovery be extended by approximately 4-6 months from the dates contained in the Stipulated Motion.

This Stipulation is the fifth extension of certain deadlines on the case schedule and is made with good cause and without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action. The Parties therefore respectfully request that the Court grant this Stipulated Motion to set new discovery deadlines by extending all briefing and fact and expert discovery deadlines by 4-6 months from the dates contained in the prior Stipulated Motion and Order Extending Case Schedule as follows:

| Event | Current Deadlines | Proposed New or Extended Deadlines |
|---|---|---|
| Class Certification Amended Expert Report Deadline (for Plaintiffs) | 1/14/2020 | **5/14/2020** |
| Plaintiffs' Deadline to File Motion for Class Certification | 2/4/2020 | **6/4/2020** |
| Class Certification Amended Expert Report Deadline (for Defendants) | 3/2/2020 | **7/2/2020** |
| Defendants' Opposition to Plaintiffs' Motion for Class Certification | 3/23/2020 | **7/23/2020** |
| Plaintiffs' Reply in Support of Motion for Class Certification | 5/4/2020 | **9/4/2020** |
| Class-Certification Expert Discovery Cutoff | 5/18/2020 | **9/18/2020** |
| Merits discovery cutoff | 7/20/2020 | **1/20/2021** |
| Disclosure of Expert Witnesses and Information Required by Rule 26(a)(2) | 8/14/2020 | **2/15/2021** |
| Rebuttal Expert Reports | 9/22/2020 | **3/22/2021** |
| Expert Discovery Cutoff | 10/26/2020 | **4/26/2021** |
| Deadline for Parties to File Dispositive Motions | 11/24/2020 | **5/24/2021** |
| Deadline for Parties to File Motions in *Limine* | Set by Court once trial date is set | Set by Court once trial date is set |
| Final Pretrial Conference | Set by Court once trial date is set | Set by Court once trial date is set |
| Trial Date | Set by Court once trial date is set | Set by Court once trial date is set |

DATED this 19th day of January 2020.

By /s/ *Laura R. Gerber*
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
Gretchen S. Obrist, admitted *pro hac vice*
gobrist@kellerrohrback.com
Laura R. Gerber, admitted *pro hac vice*
lgerber@kellerrohrback.com

| | |
|---|---|
| 1 | Rachel E. Morowitz (Bar No. 326385) |
| 2 | rmorowitz@kellerrohrback.com |
|   | **KELLER ROHRBACK L.L.P.** |
| 3 | 1201 Third Ave, Suite 3200 |
|   | Seattle, WA 98101 |
| 4 | Tel.: (206) 623-1900 |
|   | Fax: (206) 623-3384 |

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
Nick Styant-Browne, *admitted pro hac vice*
nick@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

*Attorneys for Plaintiffs*

DATED this 19th day of January 2020.

By /s/ *Mary Kate Sullivan*
John B. Sullivan (Bar No. 96742)
jbs@severson.com
Mark D. Lonergan (Bar No. 143622)
mdl@severson.com
Mary Kate Sullivan (Bar No. 180203)
mks@severson.com
Erik Kemp (Bar No. 246196)
ek@severson.com
Megan C. Kelly (Bar No. 251293)
mck@severson.com
**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: (415) 398-3344
Fax: (415) 956-0439

*Attorneys for Defendants*

IT IS SO ORDERED.

DATED: January 6, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulated Mtn to Set New Discovery Deadlines - 3
2:16-cv-00302-MCE-EFB