Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

**Attorneys for Plaintiffs**
*(Additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, JENNIE MILLER, and EDWIN YAGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR, LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and DOES 1 through 1000,<br><br>Defendants. | No. 2:16-cv-00302-MCE-EFB<br><br>**STIPULATED MOTION TO EXTEND CASE SCHEDULE DEADLINES AND ORDER**<br><br>Action Filed:   February 12, 2016<br>Trial Date:      TBD |

Plaintiffs Eugenio and Rosa Contreras, William Phillips, Teresa Barney, Keith and Teresa Marcel, Sherlie Charlot, Jennie Miller, and Edwin Yager, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendants Nationstar Mortgage LLC and Solutionstar Field Services LLC (erroneously sued herein as Solutionstar LLC (n/k/a Xome Holding LLC)) LLC (collectively "Nationstar") (together, the "Parties") by and through their respective counsel of record, hereby submit this Stipulated Motion To Extend Case Schedule Deadlines as set forth below.

Pursuant to the Parties' January 6, 2020 Stipulated Motion, (ECF No. 108), Plaintiffs' class certification motion deadline is June 4, 2020, with other upcoming deadlines before and after that date relating to class certification briefing. Since then, the Parties have been exchanging written and fact discovery, and have been negotiating a deposition schedule and protocol for this matter. The Parties both need to take depositions in order to prepare their class certification briefs. While both Parties have expressed a willingness to engage in remote depositions, they have also stated that they need to be able to be in personal attendance with their clients who are being deposed. In light of COVID-19 travel restrictions, they have therefore not been able to proceed with the depositions as anticipated.

The Parties therefore request that the Court enter an order further extending all deadlines by two months in light of the delays in depositions due to states-wide stay-in-place orders, travel restrictions, and work-from-home directives imposed in response to the spread of COVID-19. In particular, counsel for both Plaintiffs and Defendants are restricted from traveling due to stay-at-home orders imposed by the States of Washington and California, respectively, and work-at-home directives imposed by their respective employers.

This Stipulation is the sixth extension of certain deadlines on the case schedule and is made with good cause and without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action.  The Parties therefore respectfully request that the Court grant this Stipulated Motion to set new deadlines by extending all briefing and fact and expert discovery deadlines by two months from the dates contained in the prior Stipulated Motion and Order Extending Case Schedule as follows:

Stipulated Mtn to Extend Deadlines - 1
2:16-cv-00302-MCE-EFB

| Event | Current Deadlines | Proposed New or Extended Deadlines |
|---|---|---|
| Class Certification Amended Expert Report Deadline (for Plaintiffs) | 5/14/2020 | **7/14/2020** |
| Plaintiffs' Deadline to File Motion for Class Certification | 6/4/2020 | **8/4/2020** |
| Class Certification Amended Expert Report Deadline (for Defendants) | 7/2/2020 | **9/2/2020** |
| Defendants' Opposition to Plaintiffs' Motion for Class Certification | 7/23/2020 | **9/23/2020** |
| Plaintiffs' Reply in Support of Motion for Class Certification | 9/4/2020 | **11/4/2020** |
| Class-Certification Expert Discovery Cutoff | 9/18/2020 | **11/18/2020** |
| Merits discovery cutoff | 1/20/2021 | **3/22/2021** |
| Disclosure of Expert Witnesses and Information Required by Rule 26(a)(2) | 2/15/2021 | **4/15/2021** |
| Rebuttal Expert Reports | 3/22/2021 | **5/21/2021** |
| Expert Discovery Cutoff | 4/26/2021 | **6/25/2021** |
| Deadline for Parties to File Dispositive Motions | 5/24/2021 | **7/23/2021** |
| Deadline for Parties to File Motions in *Limine* | Set by Court once trial date is set | Set by Court once trial date is set |
| Final Pretrial Conference | Set by Court once trial date is set | Set by Court once trial date is set |
| Trial Date | Set by Court once trial date is set | Set by Court once trial date is set |

DATED this 29th day of May 2020.

By /s/ *Laura R. Gerber*
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
Gretchen S. Obrist, admitted *pro hac vice*
gobrist@kellerrohrback.com

Laura R. Gerber, admitted *pro hac vice*
lgerber@kellerrohrback.com
Rachel E. Morowitz (Bar No. 326385)
rmorowitz@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Ave, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
Nick Styant-Browne, *admitted pro hac vice*
nick@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

*Attorneys for Plaintiffs*

DATED this 29th day of May 2020.

By /s/ *Mary Kate Sullivan*
John B. Sullivan (Bar No. 96742)
jbs@severson.com
Mary Kate Sullivan (Bar No. 180203)
mks@severson.com
Erik Kemp (Bar No. 246196)
ek@severson.com
**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: (415) 398-3344
Fax: (415) 956-0439

*Attorneys for Defendants*

Stipulated Mtn to Extend Deadlines - 3
2:16-cv-00302-MCE-EFB

ATTESTATION REGARDING SIGNATURES

I, Laura R. Gerber, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 29, 2020          */s/ Laura R. Gerber*
                                Laura R. Gerber

CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which in turn sent notice to all counsel of record.

*/s/ Laura R. Gerber*
Laura R. Gerber

IT IS SO ORDERED.

Dated:  May 1, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE