Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
tomloeser@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 Second Ave, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

**Attorneys for Plaintiffs**
*(Additional counsel listed on signature page)*

John B. Sullivan (Bar No. 96742)
jbs@severson.com
Erik Kemp (Bar No. 246196)
ek@severson.com
Mary Kate Sullivan (Bar No. 180203)
mks@severson.com
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: (415) 398-3344
Fax: (415) 956-0439

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, JENNIE MILLER, and EDWIN YAGER, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR, LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and DOES 1 through 1000,

Defendants.

No. 2:16-cv-00302-MCE-EFB

**STIPULATED MOTION AND ORDER ALLOWING PLAINTIFFS TO AMEND/CORRECT THE SECOND AMENDED CLASS ACTION COMPLAINT AND EXTENDING TIME FOR DEFENDANTS TO RESPOND**

Action Filed:   February 12, 2016
Trial Date:     TBD

Plaintiffs Eugenio and Rosa Contreras, William Phillips, Teresa Barney, Keith and Teresa Marcel, Sherlie Charlot, Jennie Miller and Edwin Yager, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendants Nationstar Mortgage LLC and Solutionstar Field Services LLC (who Defendants claim is erroneously named as Solutionstar LLC) (collectively "Nationstar") (together, the "Parties") by and through their respective counsel of record, hereby submit this Stipulated Motion regarding the following:

1. Through the course of discovery, Plaintiffs have received additional information regarding the corporate structure and identity of the Defendants which now necessitates the need to amend the Second Amended Class Action Complaint ("SAC"), ECF No. 50, in order to remove and correct a misnamed defendant.

   A. Plaintiffs named Solutionstar LLC as a defendant in their SAC.

   B. In fact, the correct legal names of the Solutionstar defendant entities are: Solutionstar Holdings LLC, N/K/A Xome Holdings LLC, and Solutionstar Field Services LLC.

2. Plaintiff Edwin Yager has decided to withdraw as a named plaintiff in this matter, and Plaintiffs Eugenio and Rosa Contreras wish to add factual allegations to the complaint regarding their payment of Pay-to-Pay fees.

3. The parties wish to conform the complaint to the Court's Orders on the Motions to Dismiss, ECF Nos. 19, 79.

4. The parties met and conferred regarding the proposed corrections and amendments of the SAC by letter on March 24, 2020, by telephone on April 2, 2020, by letter on April 7, 2020, by email on April 24, 2020, and by letter on April 29, 2020. On March 24, 2020, Plaintiffs sent a redlined copy of the proposed Third Amended Class Action Complaint

("TAC") to counsel for Defendants. Pursuant to Rule 15(a)(2), on April 24, 2020, Defendants provided written consent for Plaintiffs to amend the complaint. *See* Fed. R. Civ. P. 15(a)(2). On April 29, 2020, Plaintiffs sent a revised redlined copy of the proposed TAC to counsel for Defendants.

5.   Pursuant to Rule 15(c)(1), the TAC relates back to the date of the original pleading for the foregoing reasons:

A.   Pursuant to Rule 15(c)(1)(C) "the amendment changes the party or the naming of the party against whom a claim is asserted," Fed. R. Civ. P. 15(c)(1)(C), because the amendment removes as a named party "Solutionstar LLC" and replaces it with Solutionstar Holdings LLC N/K/A Xome Holdings LLC, and Solutionstar Field Services LLC.

B.   Pursuant to Rule 15(c)(1)(B) "the amendment asserts a claim or defense that arose out of the conduct, transaction, or occurrence set out—or attempted to be set out— in the original pleading," Fed. R. Civ. P. 15(c)(1)(B), because the TAC reflects that Solutionstar Holdings LLC and Solutionstar Field Services LLC are responsible for the same conduct previously alleged against Solutionstar LLC.

C.   Pursuant to Rule 15(c)(1)(C)(ii), "within the period provided by Rule 4(m) for serving the summons and complaint, the party to be brought in by amendment . . . knew or should have known that the action would have been brought against it, but for a mistake concerning the proper party's identity." Fed. R. Civ. P. 15(c)(1)(C)(ii). The operative SAC put Defendants Solutionstar Holdings LLC and Solutionstar Field Services LLC on notice of the claims against them because newly named Defendant Solutionstar Holdings LLC is a wholly owned subsidiary

of Defendant Nationstar Mortgage LLC, and newly named Defendant Solutionstar Field Services LLC was a wholly owned subsidiary of Solutionstar Holdings LLC, and both Nationstar Mortgage LLC and Solutionstar Field Services LLC (who Defendants claim is erroneously named as Solutionstar LLC), have been represented in this matter by the firm of Severson & Watson, San Francisco, California, since March 17, 2016.

6. Pursuant to L.R. 137(c), Plaintiffs attach as Exhibit A hereto a redlined version of the SAC (omitting all exhibits) and attach as Exhibit B hereto the proposed TAC (omitting all exhibits).

7. Plaintiffs shall file and serve the TAC on the parties to this case within seven (7) days of this Order granting the Stipulated Motion, and on Solutionstar Holdings LLC and Solutionstar Field Services LLC, pursuant to Rule 4. *See* Fed. R. Civ. P. 4. Counsel for Defendants has agreed to accept service of the TAC electronically.

8. Pursuant to Rule 15(a)(3), the deadline for Defendants to answer Plaintiffs' TAC shall be fourteen (14) days after service of the TAC. *See* Fed. R. Civ. P. 15(a)(3).

The Parties therefore respectfully request the Court grant this Stipulated Motion.

DATED this 4th day of May 2020.

By */s/ Laura R. Gerber*
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
Gretchen S. Obrist, admitted *pro hac vice*
gobrist@kellerrohrback.com
Laura R. Gerber, admitted *pro hac vice*
lgerber@kellerrohrback.com
Rachel Morowitz, admitted *pro hac vice*
rmorowitz@kellerrohrback.com

STIPULATION & ORDER RE THIRD AM. CLASS ACTION COMPL. - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Ave, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292

*Attorneys for Plaintiffs*

By */s/ Mary Kate Sullivan*
John B. Sullivan (Bar No. 96742)
jbs@severson.com
Erik Kemp (Bar No. 246196)
ek@severson.com
Mary Kate Sullivan (Bar No. 180203)
mks@severson.com
**SEVERSON & WERSON**
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: (415) 398-3344

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated:  May 4, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE