Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

**Attorneys for Plaintiffs**
*(Additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, and JENNIE MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR HOLDINGS LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and SOLUTIONSTAR FIELD SERVICES LLC, a Delaware Limited Liability Company,<br><br>Defendants | No. 2:16-cv-00302-MCE-JDP<br><br>**STIPULATED MOTION TO EXTEND CASE SCHEDULE DEADLINES AND ORDER**<br><br>Action Filed:   February 12, 2016<br>Trial Date:       TBD |

Plaintiffs Eugenio and Rosa Contreras, William Phillips, Teresa Barney, Keith and Teresa Marcel, Sherlie Charlot, and Jennie Miller, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendants Nationstar Mortgage LLC, Solutionstar Holdings LLC (n/k/a Xome Holdings LLC), and Solutionstar Field Services LLC (collectively "Nationstar") (together, the "Parties") by and through their respective counsel of record, hereby submit this Stipulated Motion To Extend Case Schedule Deadlines as set forth below.

Pursuant to the Parties' July 16, 2020 Stipulated Motion, (ECF No. 121), Plaintiffs' class certification motion deadline is November 11, 2020, with other upcoming deadlines before and after that date relating to class certification briefing. Since the Stipulated Motion was entered, the Parties have been exchanging additional fact discovery and negotiating production of Defendants' ESI, and also further discussing completion of the Rule 30(b)(6) depositions of the Nationstar Mortgage, Solutionstar Holdings LLC, and Solutionstar Field Services LLC. The Parties both need to take depositions in order to prepare their class certification briefs and Plaintiffs have requested production of Defendants' relevant ESI prior to taking the Rule 30(b)(6) depositions. Production of that data has been delayed due to the COVID-19 pandemic and Defendants' ability to complete file transfers over their employees' home internet connections. The file transfer has recently been completed and the Defendants have provided Plaintiffs with an anticipated production date in December.

The Parties therefore request that the Court enter an order further extending all deadlines by fifteen (15) weeks to allow sufficient additional time to obtain the discovery, load and review it, and schedule depositions sufficiently in advance of the class certification briefing deadline.

This Stipulation is the eighth extension of certain deadlines on the case schedule and is made with good cause and without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action.  The Parties therefore respectfully request that the Court grant this Stipulated Motion to set new deadlines by extending all briefing and fact and expert discovery deadlines by fifteen (15) weeks from the dates contained in the prior Stipulated Motion and Order Extending Case Schedule as follows:

| Event | Current Deadlines | Proposed New or Extended Deadlines |
|---|---|---|
| Class Certification Amended Expert Report Deadline (for Plaintiffs) | 10/21/2020 | **02/03/2021** |
| Plaintiffs' Deadline to File Motion for Class Certification | 11/11/2020 | **02/24/2021** |
| Class Certification Amended Expert Report Deadline (for Defendants) | 12/9/2020 | **03/24/2021** |
| Defendants' Opposition to Plaintiffs' Motion for Class Certification | 1/6/2021 | **04/21/2021** |
| Plaintiffs' Reply in Support of Motion for Class Certification | 2/17/2021 | **06/02/2021** |
| Class-Certification Expert Discovery Cutoff | 3/3/2021 | **06/16/2021** |
| Merits discovery cutoff | 5/21/2021 | **09/03/2021** |
| Disclosure of Expert Witnesses and Information Required by Rule 26(a)(2) | 7/15/2021 | **10/28/2021** |
| Rebuttal Expert Reports | 8/20/2021 | **12/03/2021** |
| Expert Discovery Cutoff | 9/24/2021 | **01/07/2022** |
| Deadline for Parties to File Dispositive Motions | 10/22/2021 | **02/04/2022** |
| Deadline for Parties to File Motions in *Limine* | Set by Court once trial date is set | Set by Court once trial date is set |
| Final Pretrial Conference | Set by Court once trial date is set | Set by Court once trial date is set |
| Trial Date | Set by Court once trial date is set | Set by Court once trial date is set |

DATED this 8th day of October 2020.

By /s/ *Laura R. Gerber*
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
Gretchen S. Obrist, admitted *pro hac vice*
gobrist@kellerrohrback.com
Laura R. Gerber, admitted *pro hac vice*
lgerber@kellerrohrback.com

Stipulated Mtn to Extend Deadlines - 2
2:16-cv-00302-MCE-JDP

Rachel E. Morowitz (Bar No. 326385)
rmorowitz@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Ave, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
Nick Styant-Browne, *admitted pro hac vice*
nick@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

*Attorneys for Plaintiffs*

DATED this 8th day of October 2020.

By /s/ *Mary Kate Sullivan*
John B. Sullivan (Bar No. 96742)
jbs@severson.com
Mary Kate Sullivan (Bar No. 180203)
mks@severson.com
Erik Kemp (Bar No. 246196)
ek@severson.com
**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: (415) 398-3344
Fax: (415) 956-0439

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: October 13, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE