Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

**Attorneys for Plaintiffs**
*(Additional counsel listed on signature page)*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| EUGENIO and ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH and TERESA MARCEL, SHERLIE CHARLOT, and JENNIE MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR HOLDINGS LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and SOLUTIONSTAR FIELD SERVICES LLC, a Delaware Limited Liability Company,<br><br>Defendants | No. 2:16-cv-00302-MCE-JDP<br><br>**STIPULATED MOTION TO SET NEW DISCOVERY DEADLINES IN LIGHT OF SETTLEMENT DISCUSSIONS AND ORDER**<br><br>Action Filed: February 12, 2016<br>Trial Date: TBD |

1    Plaintiffs Eugenio and Rosa Contreras, William Phillips, Teresa Barney, Keith and Teresa Marcel, Sherlie Charlot, and Jennie Miller, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendants Nationstar Mortgage LLC, Solutionstar Holdings LLC (n/k/a Xome Holdings LLC), and Solutionstar Field Services LLC (collectively "Nationstar") (together, the "Parties") by and through their respective counsel of record, hereby submit this Stipulated Motion To Extend Discovery Deadlines in Light of Settlement Discussions as set forth below.

Pursuant to the Parties' November 17, 2017 Joint Report Under Rule 26 of the Federal Rules of Civil Procedure § XI, ECF No. 30, the Parties have again determined that settlement discussions in this matter are appropriate, and discussions between the Parties have been ongoing.

To avoid incurring the costs of additional fact and expert discovery while simultaneously engaging in settlement negotiations, the Parties request that the Court extend all deadlines on pending party discovery and class certification briefing. Following conclusion of this process, the Parties will promptly file a notice with the Court informing it of the outcome and either request a schedule for filing settlement papers or an order resuming discovery. The Parties agree that during the settlement negotiation process they will only seek discovery necessary for resolution of the matter, except as it relates to Defendants' completion of production of agreed electronically stored information ("ESI").

To accommodate the time period necessary to bring these settlement negotiations to a conclusion and then proceed with postponed depositions before preparing class certification papers, the Parties request that the case deadlines for class certification briefing and fact and expert discovery be extended by approximately 100 days from the dates contained in the Stipulated Motion to Extend Case Schedule Deadlines and Order, ECF No. 124.

This Stipulation is the ninth extension of certain deadlines on the case schedule and is made with good cause and without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action. The Parties therefore respectfully request that the Court grant this Stipulated Motion to set new discovery deadlines by extending all briefing and fact and expert discovery deadlines by 100 days from the dates contained in the prior Stipulated Motion to Extend Case Schedule Deadlines and Order as follows:

Stipulated Mot. to Set New Disc. Deadlines - 1

| Event | Current Deadlines | Proposed New or Extended Deadlines |
|---|---|---|
| Class Certification Amended Expert Report Deadline (for Plaintiffs) | 02/03/2021 | **05/14/2021** |
| Plaintiffs' Deadline to File Motion for Class Certification | 02/24/2021 | **06/04/2021** |
| Class Certification Amended Expert Report Deadline (for Defendants) | 03/24/2021 | **07/02/2021** |
| Defendants' Opposition to Plaintiffs' Motion for Class Certification | 04/21/2021 | **07/30/2021** |
| Plaintiffs' Reply in Support of Motion for Class Certification | 06/02/2021 | **09/10/2021** |
| Class-Certification Expert Discovery Cutoff | 06/16/2021 | **09/24/2021** |
| Merits discovery cutoff | 09/03/2021 | **12/13/2021** |
| Disclosure of Expert Witnesses and Information Required by Rule 26(a)(2) | 10/28/2021 | **02/04/2022** |
| Rebuttal Expert Reports | 12/03/2021 | **03/14/2022** |
| Expert Discovery Cutoff | 01/07/2022 | **04/18/2022** |
| Deadline for Parties to File Dispositive Motions | 02/04/2022 | **05/16/2022** |
| Deadline for Parties to File Motions in *Limine* | Set by Court once trial date is set | Set by Court once trial date is set |
| Final Pretrial Conference | Set by Court once trial date is set | Set by Court once trial date is set |
| Trial Date | Set by Court once trial date is set | Set by Court once trial date is set |

DATED this 21st day of January 2021.

By /s/ *Laura R. Gerber*
  Dean Kawamoto (Bar No. 232032)
  dkawamoto@kellerrohrback.com
  Derek W. Loeser, admitted *pro hac vice*
  dloeser@kellerrohrback.com
  Gretchen S. Obrist, admitted *pro hac vice*
  gobrist@kellerrohrback.com

Stipulated Mot. to Set New Disc. Deadlines - 2

Laura R. Gerber, admitted *pro hac vice*
lgerber@kellerrohrback.com
Rachel E. Morowitz (Bar No. 326385)
rmorowitz@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Ave, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
Nick Styant-Browne, *admitted pro hac vice*
nick@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

*Attorneys for Plaintiffs*

DATED this 21st day of January 2021.

By /s/ *Mary Kate Sullivan*
John B. Sullivan (Bar No. 96742)
jbs@severson.com
Mary Kate Sullivan (Bar No. 180203)
mks@severson.com
Erik Kemp (Bar No. 246196)
ek@severson.com
**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: (415) 398-3344
Fax: (415) 956-0439

*Attorneys for Defendants*

Stipulated Mot. to Set New Disc. Deadlines - 3

ATTESTATION REGARDING SIGNATURES

I, Laura R. Gerber, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 21, 2021                    */s/ Laura R. Gerber*
                                            Laura R. Gerber

IT IS SO ORDERED.

Dated:  January 29, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Stipulated Mot. to Set New Disc. Deadlines - 4