1 Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
2 Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
3 **KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
4 Seattle, WA 98101
Tel.: (206) 623-1900
5 Fax: (206) 623-3384
6
7 Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
8 **HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
9 Seattle, WA 98101
Tel.: (206) 623-7292
10 Fax: (206) 623-0594

**Attorneys for Plaintiffs**
*(Additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| EUGENIO and ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH and TERESA MARCEL, SHERLIE CHARLOT, and JENNIE MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR HOLDINGS LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and SOLUTIONSTAR FIELD SERVICES LLC, a Delaware Limited Liability Company,<br><br>Defendants | No. 2:16-cv-00302-MCE-JDP<br><br>**STIPULATED MOTION TO SET NEW DISCOVERY DEADLINES AND ORDER**<br><br>Action Filed: February 12, 2016<br>Trial Date: TBD |

Plaintiffs Eugenio and Rosa Contreras, William Phillips, Teresa Barney, Keith and Teresa Marcel, Sherlie Charlot, and Jennie Miller, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendants Nationstar Mortgage LLC, Solutionstar Holdings LLC (n/k/a Xome Holdings LLC), and Solutionstar Field Services LLC (collectively "Nationstar") (together, the "Parties") by and through their respective counsel of record, hereby submit this Stipulated Motion To Set New Discovery Deadlines as set forth below.

Pursuant to the Parties' January 29, 2021 Stipulated Motion, ECF No. 127, the Parties again attempted settlement discussions and requested an extension of all deadlines and a general stay of discovery other than production of ESI by Defendants while those negotiations were ongoing. The latest settlement negotiations have proven unsuccessful.

During this time period, Defendants completed production of ESI. To accommodate the time period necessary to review documents recently produced by Defendants and complete the postponed depositions before preparing class certification papers, the Parties request that the case deadlines for class certification briefing and fact and expert discovery be extended by approximately 110 days from the dates contained in the Stipulated Motion to Extend Case Schedule Deadlines and Order, ECF No. 127.

This Stipulation is the tenth extension of certain deadlines on the case schedule and is made with good cause and without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action. The Parties therefore respectfully request that the Court grant this Stipulated Motion to set new discovery deadlines by extending all briefing and fact and expert discovery deadlines by 110 days from the dates contained in the prior Stipulated Motion to Extend Case Schedule Deadlines and Order as follows:

| Event | Current Deadlines | Proposed New or Extended Deadlines |
|---|---|---|
| Class Certification Amended Expert Report Deadline (for Plaintiffs) | 05/14/2021 | **09/03/2021** |

Stipulated Mot. to Set New Disc. Deadlines - 1

| | | |
|---|---|---|
| Plaintiffs' Deadline to File Motion for Class Certification | 06/04/2021 | **09/22/2021** |
| Class Certification Amended Expert Report Deadline (for Defendants) | 07/02/2021 | **10/20/2021** |
| Defendants' Opposition to Plaintiffs' Motion for Class Certification | 07/30/2021 | **11/17/2021** |
| Plaintiffs' Reply in Support of Motion for Class Certification | 09/10/2021 | **12/29/2021** |
| Class-Certification Expert Discovery Cutoff | 09/24/2021 | **01/22/2022** |
| Merits discovery cutoff | 12/13/2021 | **04/22/2022** |
| Disclosure of Expert Witnesses and Information Required by Rule 26(a)(2) | 02/04/2022 | **05/25/2022** |
| Rebuttal Expert Reports | 03/14/2022 | **07/01/2022** |
| Expert Discovery Cutoff | 04/18/2022 | **08/08/2022** |
| Deadline for Parties to File Dispositive Motions | 05/16/2022 | **09/02/2022** |
| Deadline for Parties to File Motions in *Limine* | Set by Court once trial date is set | Set by Court once trial date is set |
| Final Pretrial Conference | Set by Court once trial date is set | Set by Court once trial date is set |
| Trial Date | Set by Court once trial date is set | Set by Court once trial date is set |

DATED this 14th day of May 2021.

By /s/ *Laura R. Gerber*
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
Gretchen S. Obrist, admitted *pro hac vice*
gobrist@kellerrohrback.com
Laura R. Gerber, admitted *pro hac vice*
lgerber@kellerrohrback.com
Rachel E. Morowitz (Bar No. 326385)
rmorowitz@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Ave, Suite 3200
Seattle, WA 98101

Stipulated Mot. to Set New Disc. Deadlines - 2

| | |
|---|---|
| 1 | Tel.: (206) 623-1900 |
| 2 | Fax: (206) 623-3384 |
| 3 | Thomas E. Loeser (Bar No. 202724) |
|   | toml@hbsslaw.com |
| 4 | Nick Styant-Browne, *admitted pro hac vice* |
|   | nick@hbsslaw.com |
| 5 | **HAGENS BERMAN SOBOL SHAPIRO L.L.P.** |
| 6 | 1301 Second Avenue, Suite 2000 |
|   | Seattle, WA 98101 |
| 7 | Tel.: (206) 623-7292 |
|   | Fax: (206) 623-0594 |

*Attorneys for Plaintiffs*

DATED this 14 day of May 2021.

By /s/ *Mary Kate Sullivan*
John B. Sullivan (Bar No. 96742)
jbs@severson.com
Mary Kate Sullivan (Bar No. 180203)
mks@severson.com
Erik Kemp (Bar No. 246196)
ek@severson.com
**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: (415) 398-3344
Fax: (415) 956-0439

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: May 19, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Stipulated Mot. to Set New Disc. Deadlines - 3