**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, and JENNIE MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR HOLDINGS LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and SOLUTIONSTAR FIELD SERVICES LLC, a Delaware Limited Liability Company,<br><br>Defendants. | No. 2:16-cv-00302-MCE-JDP<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND PAGE LIMITS FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' OPPOSITION BRIEF**<br><br>Judge:   Hon. Morrison C. England, Jr. |

The Court, having received and considered the timely filed Stipulated Motion to the Extend Page Limits for Plaintiffs' Motion for Class Certification ("Motion") and Defendants' Opposition Brief, and good cause appearing therefor, hereby ORDERS as follows:

Parties shall be permitted to file briefs of up to thirty pages in length for Plaintiffs' Motion and Defendants' Opposition.

IT IS SO ORDERED.

DATED: September 21, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE