1  Laura R. Gerber, admitted *pro hac vice*
   lgerber@kellerrohrback.com
2  Dean Kawamoto (Bar No. 232032)
   dkawamoto@kellerrohrback.com
3  **KELLER ROHRBACK L.L.P.**
4  1201 Third Avenue, Suite 3200
   Seattle, WA 98101-3052
5  (206) 623-1900, Fax (206) 623-3384

6  Thomas E. Loeser (Bar No. 202724)
7  toml@hbsslaw.com
   **HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
8  1301 Second Avenue, Suite 2000
   Seattle, WA 98101
9  (206) 623-7292, Fax (206) 623-0594

10 *Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, and JENNIE MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR HOLDINGS LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and SOLUTIONSTAR FIELD SERVICES LLC, a Delaware Limited Liability Company,<br><br>Defendants. | No. 2:16-cv-00302-MCE-JDP<br><br>**DECLARATION OF TERESA D. BARNEY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

DocuSign Envelope ID: 61DAA23E-6ACA-487F-9A1C-23C7F749A589

I, Teresa Barney, hereby declare as follows:

1. I am a Plaintiff in the above-captioned litigation. I am competent to testify and make this Declaration based on my personal knowledge.

2. I submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. I am resident and citizen of the State of Oregon.

4. On or about November 2, 2005, I executed a Promissory Note in favor of GN Mortgage, LLC. The Note is secured by a Fannie Mae/Freddie Mac Uniform Security Instrument encumbering a certain piece of real property located in Corbett, Oregon.

5. My mortgage was initially serviced by Aurora Loan Services, LLC. On or about June 15, 2012, Nationstar Mortgage LLC ("Nationstar") bought the servicing rights to my mortgage. Nationstar is the current servicer of the loan.

6. Nationstar charged me for property inspections, a service designed to ensure the property has not been abandoned or vandalized.

7. Nationstar also charged me a fee for making my mortgage payments over the phone or online.

8. Prior to retaining Keller Rohrback L.L.P. as my counsel, I familiarized myself with the duties of a class representative in a class action.

9. I understand this case is a class action lawsuit against Nationstar and other Defendants. This action arises, in part, from a scheme undertaken by Nationstar and its affiliate Defendants to profit from: (1) automatically ordering unfair and excessive property inspections which are charged to defaulted or delinquent borrowers' accounts without determining a borrower's circumstances; and (2) collecting fees on each inspection so ordered (the "Inspection Scheme").

Decl. of Teresa Barney in Supp. of Mot. for Class Certification - 1

DocuSign Envelope ID: 61DAA23E-6ACA-487F-9A1C-23C7F749A589

10. This action also arises from a scheme undertaken by Nationstar to profit from ordering unfair and excessive fees charged to certain borrowers to make an online or telephone payments on their accounts (the "Pay-to-Pay Scheme"). Defaulting borrowers, and other borrowers, including those who may merely inquire about payment options, are literally charged to pay for their mortgage payments.

11. This class action is brought on behalf of myself and a National Inspection Fee Class, including all Nationstar customers in the United States whose mortgage contracts for residential properties use the Fannie Mae/Freddie Mac uniform instrument or the Federal Housing Administration model forms, and who, according to Nationstar's records, between February 1, 2014 and October 31, 2016, were billed for one or more property inspections for property inspections automatically ordered by Nationstar as a result of a late payment of their mortgage.

12. This class action is also brought under Oregon law on behalf of myself and an Oregon Inspection Fee Class, including all Nationstar customers in the United States whose residential properties securing their loans serviced by Nationstar are located in Oregon and whose mortgage contracts use the Fannie Mae/Freddie Mac uniform instrument or the Federal Housing Administration model forms and who, according to Nationstar's records, between February 12, 2015 and the present, were billed for one or more property inspections for property inspections automatically ordered by Nationstar as a result of a late payment of their mortgage.

13. This class action is also brought on behalf of myself and a National Pay-to-Pay Class, including all Nationstar customers in the United States with residential properties securing their loans and whose mortgage contracts use the Fannie Mae/Freddie Mac uniform instrument or the Federal Housing Administration model forms and who were charged one or more fees in order to make an online or telephonic payment to their Nationstar account between February 12, 2013 and the present.

Decl. of Teresa Barney in Supp. of Mot. for Class Certification - 2

DocuSign Envelope ID: 61DAA23E-6ACA-487F-9A1C-23C7F749A589

14. I became involved in this litigation because I believe Defendants are: (1) wrongfully profiting by charging unfair, unlawful, and excessive fees to financially vulnerable borrowers for unnecessary and fraudulent property inspections that are scheduled automatically as a result of a late payment; and (2) wrongfully profiting by charging unfair, unlawful, and excessive fees to borrowers who need to make their mortgage payments online or through telephonic payments.

15. I do not have a direct or personal relationship with any of the Defendants in this lawsuit and do not currently have any claims outside of the claims raised in this lawsuit.

16. I understand that if I am appointed as a class representative by the Court in the present proceeding that it will be my obligation to represent the interests of all members of the class. As such, I understand that I will have a duty to consider the interests of the class just as I would consider my own interests, to participate actively in the lawsuit, and to recognize and accept that any resolution of the lawsuit, such as by settlement or dismissal, is subject to court approval and will be in the best interests of the class as a whole.

17. I understand that as a class representative, my role is to put the interests of the class before my own self interests. I accept and intend to abide by this responsibility.

18. If appointed as a class representative in this proceeding, I will fulfill my duties as a class representative to the best of my abilities. I have conferred with counsel and I will continue to actively participate in the litigation, to keep in regular contact with counsel and make every effort to provide counsel and the Court with all relevant facts of which I am aware. I am in regular contact with counsel regarding the litigation, I keep informed regarding the status and progress of the litigation and I have reviewed documents and court filings related to the case. I have also participated in the case by preparing written discovery responses, providing documents to my lawyers, and consulting with my lawyers regarding case strategy.

DocuSign Envelope ID: 61DAA23E-6ACA-487F-9A1C-23C7F749A589

1
2      I declare under the penalty of perjury under the laws of the United States that for foregoing is
3  true and correct.
4
       Executed this ___ day of September 2021, at Corbett, Oregon.
5              September 18, 2021
                                            DocuSigned by:
6                                           Teresa Barney
                                            FA6C12789B6541B...
7                                           Teresa Barney

Decl. of Teresa Barney in Supp. of Mot. for Class Certification - 4