# EXHIBIT 24

REPRESENTATION OF PRINTED DOCUMENT



**MORTGAGE LOAN STATEMENT**
DETACH COUPON BELOW AND RETURN WITH YOUR PAYMENT.
RETAIN TOP PORTION FOR YOUR RECORDS.

P.O. BOX 650783
DALLAS, TX 75265
www.MyNationstarMtg.com

2-692-85083-069583-014-1-000-101-000-000

M K MARCEL
TERESA M MARCEL
80 LONGWOOD DR
MANDEVILLE LA 70471-1793

Your Dedicated Loan Specialist is
Jamal Mcshall and can be reached at
(888) 850-9398 EXT. 1015920 or via mail at
350 Highland Drive, Lewisville, TX 75067

| | |
|---|---|
| Statement Date: | 01/21/2014 |
| Payment Due Date: | 02/01/2014 |
| Loan Number: | L.R. 140$_{9537}$ |
| Home Phone Number: | 985-845-1035 |
| Work Phone Number: | 000-000-0000 |
| Property Address: | 80 LONGWOOD DR MANDEVILLE LA 70471 |

### AMOUNT DUE EXPLANATION

| | |
|---|---|
| Principal and Interest Due | $1,597.81 |
| Escrow Amount | $662.04 |
| Total | $2,259.85 |
| | |
| Past Due Payments | $2,259.85 |
| Unpaid Late Charge(s) | $878.79 |
| Lender Paid Expenses | $12.00 |
| Amount Due* - By 02/01/2014 | $5,410.49 |

*This amount does not include any payments made, or fees or charges that may have been incurred and/or added to your account after the date of this statement.

| | |
|---|---|
| Interest Rate | 6.000% |
| Principal Balance - As of 01/21/2014 | $221,549.47 |
| Escrow Balance - As of 01/21/2014 | $401.67 |

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

| | |
|---|---|
| Interest Paid Year-To-Date | $1,110.19 |

### PLEASE NOTE:
If the payment due on 02/01/2014 is not received by 02/16/2014, a late charge in the amount of $0.00 may be assessed to your account.

### PAYMENT ACTIVITY
Last Payment Received 01/16/2014

| | |
|---|---|
| Principal - Scheduled | $487.62 |
| Interest | $1,110.19 |
| Escrow | $662.04 |
| Fees | $15.00 |
| **Total** | **$2,274.85** |

### LENDER PAID EXPENSE SUMMARY

| | Paid Since Last Statement | Total |
|---|---|---|
| Property Inspections | $12.00 | $12.00 |
| **Totals** | $12.00 | $12.00 |

### IMPORTANT MESSAGES

**Additional Critical Notices - see reverse side**

You can make your payment online at www.MyNationstarMtg.com. There is no charge for this service if you schedule your payment within 9 days past your due date.

**Save time and money! Enroll in automatic payments (ACH) and never worry about having to mail in your payment again. Visit www.MyNationstarMtg.com to enroll or learn more about this and other convenient payment options.**

---

*This is an attempt to collect a debt and any information obtained will be used for that purpose.*

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

| ACCOUNT NUMBER | TOTAL AMOUNT DUE | |
|---|---|---|
| L.R. 140$_{9537}$ | 02/01/2014 | $5,410.49 |

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON

WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE.

| PAYMENT DUE IF RECEIVED ON OR AFTER | |
|---|---|
| 02/17/2014 | $5,410.49 |

M K MARCEL
TERESA M MARCEL

NATIONSTAR MORTGAGE
P.O. BOX 650783
DALLAS, TX 75265-0783

ADDITIONAL ESCROW _____
** ADDITIONAL PRINCIPAL _____

TOTAL AMOUNT OF YOUR CHECK
*DO NOT SEND CASH*    $_____

** All amounts must be paid in full before additional principal reduction can be made.

C25590    INTERNET REPRINT    09/13/12

NSM_003601

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT, simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.
- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.
- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When Nationstar Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.
- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.
- A Schedule of Fee for Select Services may be found on our website at www.MyNationstarMtg.com.

### SERVICEMEMBERS CIVIL RELIEF ACT
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty, and you have not already made us aware, you need to provide a written request to the lender, together with a copy of the servicemember's military orders to: Nationstar Mortgage LLC, Attn: Research Department, 350 Highland Drive, Lewisville, TX 75067

Please visit our website at www.MyNationstarMtg.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES
Payments received and posted after a grace period will be assessed a late charge. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, Nationstar Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $30.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE
If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm or by calling the HUD toll-free number 1-800-569-4287 (toll-free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS
For those customers who reside in the state of New York, borrower may file complaints about the Servicer with the New York State Banking Department or may obtain further information by calling the Department's Consumer Help Unit at 1-877-BANK-NYS or by visiting the Department's website at www.banking.state.ny.us. Nationstar Mortgage LLC is registered with the New York Superintendent of Banks.

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### PAYMENT OPTIONS

 **Auto-Pay** allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. Nationstar Mortgage does not charge a fee to activate this service. Call 1-888-480-2432 for more information or visit our website at www.MyNationstarMtg.com.

 **Online Payment** allows you to log on to your account anytime to make a payment. There is no charge for this service if the payment is made within 9 days of the due date. Log onto www.MyNationstarMtg.com.

 **Speed-Pay** is a pay-by-phone service, which allows you to select the payment processing date. Call 1-888-480-2432. Have your checkbook available to refer to when making your Speed-Pay payment. There will be a $15 fee for this optional service.

✉ **Payment by Mail** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.**

 **MoneyGram ExpressPayment** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Nationstar Mortgage loan number. **The MoneyGram Receive Code is ***1678***.** All ExpressPayment transactions require cash. The agent will charge a fee for this service.

 **Western Union QuickCollect®** ensures same-day delivery of your payment to Nationstar Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the QuickCollect form with your name and Nationstar Mortgage loan number, indicating:

**Pay to: Nationstar Mortgage; Code City: Astar; State: TX**

All QuickCollect transactions require cash. Western Union will charge a fee for this service.

### NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic funds transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic funds transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic funds transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Funds Transfer Act for any unauthorized or incorrect electronic funds transfer.

### CONTACT INFORMATION

📞 **Customer Service:** 1-888-480-2432, Monday through Thursday 8 am – 8 pm CT, Friday 8 am – 6pm CT, and Saturday 8 am – 2 pm CT [Calls may be monitored and/or recorded for quality assurance purposes]

 **24-hour automated account information:** Log on to www.MyNationstarMtg.com OR call **1-888-480-2432**

✉ **Mailing addresses** for Nationstar Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | QUALIFIED WRITTEN REQUEST*: | OVERNIGHT DELIVERY/ CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 650783 Dallas, TX 75265-0783 | 350 Highland Drive Lewisville, TX 75067 | 350 Highland Drive Lewisville, TX 75067 | PO Box 7729 Springfield, OH 45501-7729 Fax (937) 324-6551 | PO Box 961229 Fort Worth, TX 76161-0229 Fax (817) 826-1861 | 350 Highland Drive Lewisville. TX 75067 |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS:
Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of 12 CFR 1024.21(e)(2) which states: (2) Qualified written request; defined. (i) For purposes of paragraph (e) of this section, a qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. (ii) A written request does not constitute a qualified written request if it is delivered to a servicer more than 1 year after either the date of transfer of servicing or the date that the mortgage servicing loan amount was paid in full, whichever date is applicable.



Nationstar Mortgage LLC, its affiliates, successors or its assigns or their officers, directors, agents or employees, are neither liable nor responsible for nor make any representation regarding the products or services offered on any enclosed inserts.

692-2091-0713B

### CHANGE OF ADDRESS OR TELEPHONE NUMBER

Check the appropriate box:     ☐ Mailing Address     ☐ Telephone Number     Loan #: _____

Borrower's Name: _____     Co-Borrower's Name: _____

Borrower's New Address: _____     Co-Borrower's New Address: _____

_____     _____

_____     _____

Authorized Borrower Number(s):     Authorized Co-Borrower Number(s):

Home (____)_____     Mobile: Yes  No     Home (____)_____     Mobile: Yes  No

Work (____)_____ Ext:____     Mobile: Yes  No     Work (____)_____ Ext:____     Mobile: Yes  No

Other (____)_____     Mobile: Yes  No     Other (____)_____     Mobile: Yes  No

Signature Required: _____     Signature Required: _____

I consent to being contacted by Nationstar Mortgage LLC at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

C692AF                                    **INTERNET REPRINT**                                    10-07-13

NSM_003602