# EXHIBITS NOS. 23–47

# CONFIDENTIAL

# DOCUMENT FILED UNDER SEAL