# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, and JENNIE MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR HOLDINGS LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and SOLUTIONSTAR FIELD SERVICES LLC, a Delaware Limited Liability Company,<br><br>Defendants. | No. 2:16-cv-00302-MCE-JDP<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO FILE CERTAIN PORTIONS OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL**<br><br>Date:   November 4, 2021<br>Time:   2:00 PM<br>Ctrm:   7<br>Judge:  Hon. Morrison C. England, Jr. |

**ORDER**

The Court, having considered Plaintiffs Eugenio and Rosa Contreras, William Phillips, Teresa Barney, Keith and Teresa Marcel, Sherlie Charlot, and Jennie Miller ("Plaintiffs") Notice and Request to File Portions of Plaintiffs' Motion for Class Certification Under Seal (ECF No. 132), and the balance of the record, and good cause appearing therefore, hereby **ORDERS** that:

Plaintiffs' Request to File Portions of Plaintiffs' Motion for Class Certification Under Seal is **GRANTED**. The following unredacted documents shall be filed under seal pursuant to L.R. 141 and the Amended Stipulated Protective Order entered in this case on August 1, 2019 (ECF No. 106):

1. Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Class Certification;

2. The Declaration of Laura R. Gerber in Support of Plaintiffs' Motion for Class Certification; and

3. Exhibits 13-23, 25-47, and 50-52 to the Declaration of Laura R. Gerber.

The above referenced document shall be sealed for a period of one year from the date this Order is electronically filed. Should the parties believe an extension of this sealing order is warranted, they may seek such an extension prior to the expiration of the one-year period.

IT IS SO ORDERED.

Dated: September 30, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE