JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
ERIK KEMP (State Bar No. 246196)
ek@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
NATIONSTAR MORTGAGE, LLC,
SOLUTIONSTAR HOLDINGS LLC and
SOLUTIONSTAR FIELD SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, and JENNIE MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR HOLDINGS LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and SOLUTIONSTAR FIELD SERVICES LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:16-cv-00302-MCE-EFB<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL PORTIONS OF CERTAIN DOCUMENTS FILED IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:    December 16, 2021<br>Time:   2:00 p.m.<br>Ctrm.:  7<br>Judge:  Hon. Morrison C. England, Jr.<br><br>Action Filed:  February 12, 2016<br>FAC Filed:     August 30, 2017<br>SAC Filed:     September 24, 2018<br><br>Trial Date:  TBD |

80001.0042/15967425.1

ORDER GRANTING DEFENDANTS' REQUEST TO SEAL PORTIONS OF CERTAIN DOCUMENTS FILED IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Having reviewed Defendants' Request to Seal Portions of Certain Documents Filed in Opposition to Plaintiffs' Motion for Class Certification, and good cause shown,

**IT IS HEREBY ORDERED THAT:**

Defendants' Motion is GRANTED.  Defendants may file under seal unredacted copies of the following documents, which shall remain sealed for a period of one year from the date this Order is electronically filed:

1. Defendants' Memorandum of Points and Authorities In Opposition to Plaintiffs' Motion for Class Certification;
2. Exhibits A – J attached to the Declaration of Mary Kate Sullivan, which include:
    a. Ex. A and B – excerpts and documents from Teresa Barney's deposition transcript;
    b. Ex. C and D – excerpts and documents from Keith Marcel's deposition transcript;
    c. Ex. E – excerpts from Teresa Mapes-Marcel's deposition transcript;
    d. Ex. F and G – excerpts and documents from Rosa Contreras' deposition transcript;
    e. Ex. H – excerpts from Jennie Miller's deposition transcript;
    f. Ex. I – excerpts from Sherlie Charlot's deposition transcript;
    g. Ex. J – expert report prepared by Stuart D Gurrea, Ph.D.

The parties remain free to seek an extension of this sealing order, should they deem it appropriate, prior the expiration of the sealing period.

IT IS SO ORDERED.

Dated:  November 23, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE