Laura R. Gerber, admitted *pro hac vice*
lgerber@kellerrohrback.com
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292, Fax (206) 623-0594

**Attorneys for Plaintiffs**
*(Additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, and JENNIE MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR HOLDINGS LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and SOLUTIONSTAR FIELD SERVICES LLC, a Delaware Limited Liability Company,<br><br>Defendants. | No. 2:16-cv-00302-MCE-JDP<br><br>**STIPULATED MOTION TO EXTEND THE DEADLINE FOR PLAINTIFFS' CLASS CERTIFICATION REPLY BRIEF AND ORDER**<br><br>Action Filed:   February 12, 2016<br>Trial Date:       TBD |

Plaintiffs Eugenio and Rosa Contreras, William Phillips, Teresa Barney, Keith and Teresa Marcel, Sherlie Charlot, and Jennie Miller, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendants Nationstar Mortgage LLC, Solutionstar Holdings LLC (n/k/a Xome Holdings LLC), and Solutionstar Field Services LLC (collectively "Nationstar) (together, the "Parties") by and through their respective counsel of record, hereby submit this Stipulated Motion to Extend the Deadline for Plaintiffs' Class Certification Reply Brief as set forth below.

Pursuant to the Court's May 19, 2021 Stipulation and Order Extending Deadlines, Dkt 129, ("Order") the Court reset and extended all the class certification briefing and fact discovery deadlines and set the deadline for filing of Plaintiffs' Reply in Support of Motion for Class Certification for December 29, 2021. Dkt. 129 at 3.

The current deadline of December 29, 2021 falls just six weeks after Defendants filed their 30-page Brief in Opposition to Plaintiffs' Motion for Class Certification, Dkt. 138, and includes three intervening winter holidays. In order for Plaintiffs to properly address and adequately respond to each of the numerous issues raised in Defendants' Opposition, Plaintiffs require a modest amount of additional time to prepare and file their Reply brief.

This Stipulation to extend the deadline for filing of Plaintiffs' Reply in Support of Motion for Class Certification by fourteen (14) days to January 12, 2022, is timely, and is made with good cause and without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this Action. The Parties therefore respectfully request that the Court extend the deadline for the filing of Plaintiffs' Reply in Support of Motion for Class Certification by fourteen (14) days to January 12, 2022.

DATED this 29th day of December 2021.

By /s/ *Laura R. Gerber*
  Laura R. Gerber, admitted *pro hac vice*
  lgerber@kellerrohrback.com
  Dean Kawamoto (Bar No. 232032)
  dkawamoto@kellerrohrback.com
  Derek W. Loeser, admitted *pro hac vice*
  dloeser@kellerrohrback.com
  Rachel E. Morowitz, admitted *pro hac vice*
  rmorowitz@kellerrohrback.com
  Gretchen S. Obrist, Of Counsel, admitted *pro hac vice*

gobrist@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Ave, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
Nick Styant-Browne, *admitted pro hac vice*
nick@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

*Attorneys for Plaintiffs*

DATED this 29th day of December 2021.

By */s/ Mary Kate Sullivan*
John B. Sullivan (Bar No. 96742)
jbs@severson.com
Mark D. Lonergan (Bar No. 143622)
mdl@severson.com
Mary Kate Sullivan (Bar No. 180203)
mks@severson.com
Erik Kemp (Bar No. 246196)
ek@severson.com
**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: (415) 398-3344
Fax: (415) 956-0439


Loren W. Coe (Bar No. 273124)
lwc@severson.com
**SEVERSON & WERSON**
A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

*Attorneys for Defendants*

**ATTESTATION REGARDING SIGNATURES**

I, Laura R. Gerber, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

DATED: December 2, 2021            */s/ Laura R. Gerber*
                                                            Laura R. Gerber

IT IS SO ORDERED.

**Dated:  December 2, 2021**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE