Laura R. Gerber, admitted *pro hac vice*
lgerber@kellerrohrback.com
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292, Fax (206) 623-0594

**Attorneys for Plaintiffs**
***(Additional counsel listed on signature page)***

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, and JENNIE MILLER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR HOLDINGS LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and SOLUTIONSTAR FIELD SERVICES LLC, a Delaware Limited Liability Company, <br><br> Defendants. | No. 2:16-cv-00302-MCE-JDP <br><br> **STIPULATED MOTION TO STAY DISCOVERY AND EXTEND CASE DEADLINES IN LIGHT OF PENDING MEDIATION AND ORDER** <br><br> Action Filed:   February 12, 2016 <br> Trial Date:       TBD |

Plaintiffs Eugenio and Rosa Contreras, William Phillips, Teresa Barney, Keith and Teresa Marcel, Sherlie Charlot, and Jennie Miller, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendants Nationstar Mortgage LLC, Solutionstar Holdings LLC (n/k/a Xome Holdings LLC), and Solutionstar Field Services LLC (collectively "Nationstar") (together, the "Parties") by and through their respective counsel of record, hereby submit this Stipulated Motion To Stay Discovery and Extend Case Deadlines in Light of Pending Mediation as set forth below.

Pursuant to the Parties' Joint Report Under Rule 26 of the Federal Rules of Civil Procedure, November 17, 2017, ECF No. 30, § XI, the parties have determined that while class certification briefing is ongoing, settlement discussions are again appropriate and timely. In order to facilitate a resolution of the matter, they have again engaged the services of a JAMS mediator. The Hon. Read Ambler (Ret.) is available to assist the parties in working to resolve this matter during January of 2022. The parties are presently scheduled to conduct a mediation with Hon. Ambler on Wednesday, January 26, 2022 in San Francisco, California.

To avoid incurring the costs of additional class certification briefing and fact and expert discovery while simultaneously engaging in settlement negotiations, the parties respectfully request that the Court stay all discovery in the case, other than discovery needed to mediate the case. Following conclusion of the mediation process, the parties will promptly file a notice with the Court informing it of the outcome and either request a schedule for filing settlement papers or an order resuming discovery.

To make up for the time spent choosing a mediator, preparing for and participating in initial meetings with the mediator, and conducting the mediation itself, the parties request that the case deadlines for class certification reply briefing and fact and expert discovery be extended by approximately two months from the dates contained in the Stipulated Motion to Set New Discovery Deadlines (ECF No. 129).

This Stipulation is the eleventh extension of certain deadlines on the case schedule and is made with good cause and without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action. The Parties therefore respectfully request that the Court grant this Stipulated

Motion to stay all discovery in the case except for discovery necessary to complete the mediation, and extend all briefing and fact and expert discovery deadlines by two months from the dates contained in the prior Stipulated Motion as follows:

| Event | Current Deadlines | Proposed Extended Deadlines |
|---|---|---|
| Plaintiffs' Reply in Support of Motion for Class Certification | 01/12/2022[1] | **03/09/2022** |
| Class Certification Expert Discovery Cutoff | 01/22/2022 | **03/24/2022** |
| Merits Discovery Cutoff | 04/22/2022 | **06/24/2022** |
| Disclosure of Expert Witnesses and Information Required by Rule 26(a)(2) | 05/25/2022 | **07/27/2022** |
| Rebuttal Expert Reports | 07/01/2022 | **09/02/2022** |
| Expert Discovery Cutoff | 08/08/2022 | **10/10/2022** |
| Deadline for Parties to File Dispositive Motions | 09/02/2022 | **11/04/2022** |
| Deadline for Parties to File Motions in *Limine* | Set by Court once trial date is set | Set by Court once trial date is set |
| Final Pretrial Conference | Set by Court once trial date is set | Set by Court once trial date is set |
| Trial Date | Set by Court once trial date is set | Set by Court once trial date is set |

DATED this 21st day of December 2021.

By /s/ *Laura R. Gerber*

Laura R. Gerber, admitted *pro hac vice*
lgerber@kellerrohrback.com
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
Gretchen S. Obrist, Of Counsel, admitted *pro hac vice*
gobrist@kellerrohrback.com

---

[1] The briefing deadline for Plaintiffs' Reply in Support of Motion for Class Certification was previously extended by fourteen days per the Stipulation and Order entered December 3, 2021. ECF No. 142.

**KELLER ROHRBACK L.L.P.**
1201 Third Ave, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
Nick Styant-Browne, *admitted pro hac vice*
nick@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292

*Attorneys for Plaintiffs*

DATED this 21st day of December 2021.

By /s/ *Mary Kate Sullivan*
John B. Sullivan (Bar No. 96742)
jbs@severson.com
Mary Kate Sullivan (Bar No. 180203)
mks@severson.com
Erik Kemp (Bar No. 246196)
ek@severson.com
Megan C. Kelly (Bar No. 251293)
mck@severson.com
**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: (415) 398-3344

*Attorneys for Defendants*

<u>ATTESTATION REGARDING SIGNATURES</u>

I, Laura R. Gerber, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: December 27, 2021                    /s/ *Laura R. Gerber*
Laura R. Gerber

**ORDER**

Pursuant to the stipulation of the parties, discovery and all existing dates in this case are VACATED pending completion of the parties' participation in voluntary mediation.  The pending Motion to Certify Class (ECF No. 133) is DENIED without prejudice to renewal, if appropriate, once those proceedings have concluded.  Not later than February 1, 2022, the parties are directed to file a Joint Status Report with the Court advising as to the status of the mediation and, should it be necessary, proposing new dates for the remaining deadlines.

IT IS SO ORDERED.

Dated:  December 27, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE