Laura R. Gerber, admitted *pro hac vice*
lgerber@kellerrohrback.com
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 2nd Ave #2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

**Attorneys for Plaintiffs**
*(Additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>            Defendants. | No. 2:16-cv-00302-MCE-JDP<br><br>**JOINT STIPULATION TO EXTEND TIME TO EXECUTE THE SETTLEMENT AGREEMENT** |

    Plaintiffs Eugenio and Rosa Contreras, William Phillips, Teresa Barney, Keith and Teresa Marcel, Sherlie Charlot, and Jennie Miller, on behalf of themselves and all others similarly situated ("Plaintiffs") and Defendants Nationstar Mortgage LLC, Solutionstar Holdings LLC (n/k/a Xome Holdings LLC), and Solutionstar Field Services LLC (collectively "Nationstar") (together, the "Parties") submit this Joint Stipulation, through their undersigned counsel, to request an extension of time to execute the Settlement Agreement. The settlement was reached with the assistance of The

Joint Stipulation to Finalize Settlement Agreement - 1

Honorable William J. Cahill (Ret.) of JAMS, San Francisco on January 26, 2022. Since the mediation the Parties have been working cooperatively to negotiate and draft the terms of the Settlement Agreement. Given the complexities of the settlement structure, it has become apparent that the Parties will require a modest amount of additional time to negotiate, draft and execute the Settlement Agreement. The Parties previously agreed to execute the Settlement Agreement by February 28, 2022, and now request a thirty-day extension to March 30, 2022 to execute the Settlement Agreement. The Parties anticipate filing the motion for preliminary approval of the settlement within 30 days after the settlement is executed.

DATED: March 23, 2022

/s/ *Laura R. Gerber*
Laura R. Gerber, admitted *pro hac vice*
lgerber@kellerrohrback.com
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
Gretchen S. Obrist, Of Counsel, admitted *pro hac vice*
gobrist@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Ave, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
Nick Styant-Browne, *admitted pro hac vice*
nick@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292

*Attorneys for Plaintiffs*

/s/ *Mary Kate Sullivan*
Mark D. Lonergan (Bar No. 143622)
mdl@severson.com
Mary Kate Sullivan (Bar No. 180203)
mks@severson.com
Erik Kemp (Bar No. 246196)
ek@severson.com
**SEVERSON & WERSON**
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel: (415) 398-3344

Loren W. Coe (Bar No. 273124)
lwc@severson.com
**SEVERSON & WERSON**
A Professional Corporation
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: March 23, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE