THOMAS E. LOESER (State Bar No. 202724)
toml@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, AND JENNIE MILLER, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, A DELAWARE LIMITED LIABILITY COMPANY; SOLUTIONSTAR, LLC (N/K/A XOME HOLDINGS LLC), A DELAWARE LIMITED LIABILITY COMPANY; and DOES 1 through 1000,<br><br>Defendants. | Case No. 2:16-cv-00302-MCE-JDP<br><br>**ORDER TO DISMISS ACTION IN PART**<br><br>Judge: Hon. Morrison C. England, Jr. |

BEFORE THE COURT is the Stipulation to Dismiss Action in Part. (ECF No. 158) filed by counsel for Plaintiffs Eugenio and Rosa Contreras, Teresa Barney, Keith and Teresa Marcel, Sherlie Charlot, and Jennie Miller (collectively "Plaintiffs"), and counsel for Defendants Nationstar Mortgage LLC, Solutionstar Holdings LLC, and Solutionstar Field Services LLC ("collectively "Defendants").:

    1.    Pursuant to Rule 41(a)(1)(A)(ii), the action captioned Eugenio and Rosa Contreras v. Nationstar Mortgage LLC, Case No. 2:16-cv-00302-MCE-EFB, in the United States District Court for the Eastern District of California shall be dismissed in part, as follows:

    2.    Named Plaintiff William Phillips' individual claims against Defendants are

Order to Dismiss Action in Part

dismissed in their entirety and with prejudice. This dismissal is without prejudice as to the rights of putative class members whom William Phillips previously sought to represent in this action.

IT IS SO ORDERED.

Dated:  July 1, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE