# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, and JENNIE MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR HOLDINGS LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and SOLUTIONSTAR FIELD SERVICES LLC, a Delaware Limited Liability Company,<br><br>Defendants. | No. 2:16-cv-00302-MCE-JDP<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO EXTEND THE SEAL OF CERTAIN PORTIONS OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:   October 27, 2022<br>Time:   2:00 PM<br>Ctrm:   7<br>Judge:  Hon. Morrison C. England, Jr. |

**ORDER**

The Court, having considered Plaintiffs Eugenio and Rosa Contreras, William Phillips, Teresa Barney, Keith and Teresa Marcel, Sherlie Charlot, and Jennie Miller ("Plaintiffs") Request to Extend the Seal of Certain Portions of Plaintiffs' Motion for Class Certification, and the balance of the record, and good cause appearing therefore, hereby orders that:

Plaintiffs' Request to Extend the Seal of Certain Portions of Plaintiffs' Motion for Class Certification Under Seal is **GRANTED**. The following unredacted documents, previously filed as ECF No. 133, shall be maintained under seal pursuant to L.R. 141 and the Amended Stipulated Protective Order entered in this case on August 1, 2019 (ECF No. 106). That period of sealing shall last not later than one year from the date this order is electronically filed unless Plaintiffs seek and are granted a further extension:

1. Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Class Certification;
2. The Declaration of Laura R. Gerber in Support of Plaintiffs' Motion for Class Certification; and
3. Exhibits 13–23, 25–47, and 50–52 to the Declaration of Laura R. Gerber.

IT IS SO ORDERED.

DATED: October 9, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE