Laura R. Gerber, admitted *pro hac vice*
lgerber@kellerrohrback.com
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384

Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292, Fax (206) 623-0594

**Attorneys for Plaintiffs**
*(Additional counsel listed on signature page)*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, and JENNIE MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR HOLDINGS LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and SOLUTIONSTAR FIELD SERVICES LLC, a Delaware Limited Liability Company,<br><br>Defendants. | No. 2:16-cv-00302-MCE-JDP<br><br>**WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT HEARING BY VIDEOCONFERENCE AND ORDER**<br><br>Date: October 10, 2021<br>Time: 10:00 AM<br>Ctrm: Zoom Videoconference<br>Judge: Hon. Morrison C. England, Jr. |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Under Local Rule 174(a)(1) and the Court's September 7, 2022 Amended Minute Order (ECF No. 168), Plaintiffs' Counsel waives their right to personally appear, and consents to appear by videoconference at the hearing on Plaintiffs' Motion for Final Approval of Settlement Agreement and Certification of Settlement Class and Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards scheduled for November 10, 2022 (ECF Nos. 163–166).

DATED this 8th day of November 2022.

By /s/ *Laura R. Gerber*
Laura R. Gerber, admitted *pro hac vice*
lgerber@kellerrohrback.com
Dean Kawamoto (Bar No. 232032)
dkawamoto@kellerrohrback.com
Derek W. Loeser, admitted *pro hac vice*
dloeser@kellerrohrback.com
Gretchen S. Obrist, Of Counsel, admitted *pro hac vice*
gobrist@kellerrohrback.com
**KELLER ROHRBACK L.L.P.**
1201 Third Ave, Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384

By /s/ *Thomas E. Loeser*
Thomas E. Loeser (Bar No. 202724)
toml@hbsslaw.com
**HAGENS BERMAN SOBOL SHAPIRO L.L.P.**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

*Attorneys for Plaintiffs*

**ORDER**

Good cause appearing, Plaintiffs' Counsel's waiver of personal appearance and consent to conduct hearing by videoconference is GRANTED. Based on their waiver, Plaintiffs' Counsel shall appear by videoconference at the November 10, 2022 hearing on Plaintiffs' Motion for Final Approval of Settlement Agreement and Certification of Settlement Class [ECF No.163] and the Motion for Attorneys' Fees, Reimbursement of Expenses and Service Awards [ECF No. 164].

IT IS SO ORDERED.

Dated: November 14, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER**

Good cause appearing, Plaintiffs' Counsel's waiver of personal appearance and consent to conduct hearing by videoconference is GRANTED. Based on their waiver, Plaintiffs' Counsel shall appear by videoconference at the November 10, 2022 hearing on Plaintiffs' Motion for Final Approval of Settlement Agreement and Certification of Settlement Class [ECF No.163] and the Motion for Attorneys' Fees, Reimbursement of Expenses and Service Awards [ECF No. 164].

IT IS SO ORDERED.

Dated:  November 14, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE