**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, and JENNIE MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR HOLDINGS LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and SOLUTIONSTAR FIELD SERVICES LLC, a Delaware Limited Liability Company,<br><br>Defendants. | No. 2:16-cv-00302-MCE-JDP<br><br>**ORDER GRANTING MOTION FOR LEAVE TO COMPLETE SECONDARY DISTRIBUTION OF SETTLEMENT FUNDS**<br><br>Date:  January 4, 2024<br>Time:  10:00 AM<br>Ctrm:  7<br>Judge:  Hon. Morrison C. England, Jr. |

**ORDER**

The Court, having considered the unopposed joint motion of Plaintiffs Eugenio and Rosa Contreras, Sherlie Charlot, and Jennie Miller ("Plaintiffs") and Defendants, Nationstar Mortgage LLC, Solutionstar Holdings LLC, and Solutionstar Field Services LLC, ("Defendants") for leave to Complete a Secondary Distribution of Settlement Funds, and good cause appearing therefore, hereby orders that:

The Parties' Joint Motion is GRANTED.

IT IS SO ORDERED.

Dated: December 13, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

Order - 1                                      Case No. 2:16-cv-00302-MCE-JDP