# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, and JENNIE MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR HOLDINGS LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and SOLUTIONSTAR FIELD SERVICES LLC, a Delaware Limited Liability Company,<br><br>Defendants. | No. 2:16-cv-00302-MCE-JDP<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL CERTAIN PORTIONS OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:     October 9, 2023<br>Time:    2:00 PM<br>Ctrm:    7<br>Judge:  Hon. Morrison C. England, Jr. |

**ORDER**

The Court, having considered Plaintiffs Eugenio and Rosa Contreras, William Phillips, Teresa Barney, Keith and Teresa Marcel, Sherlie Charlot, and Jennie Miller ("Plaintiffs") Request to Seal Certain Portions of Plaintiffs' Motion for Class Certification, and the balance of the record, including prior requests to seal the same documents, and good cause appearing therefore, hereby orders that:

Plaintiffs' Request to Seal Certain Portions of Plaintiffs' Motion for Class Certification Under Seal is **GRANTED**. The following unredacted documents, previously filed as ECF No. 133, shall be maintained under seal pursuant to L.R. 141 and the Amended Stipulated Protective Order entered in this case on August 1, 2019 (ECF No. 106):

1. Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Class Certification;

2. The Declaration of Laura R. Gerber in Support of Plaintiffs' Motion for Class Certification; and

3. Exhibits 13–23, 25–47, and 50–52 to the Declaration of Laura R. Gerber.

IT IS SO ORDERED.

Dated: January 17, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE