# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| EUGENIO AND ROSA CONTRERAS, WILLIAM PHILLIPS, TERESA BARNEY, KEITH AND TERESA MARCEL, SHERLIE CHARLOT, and JENNIE MILLER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware Limited Liability Company; SOLUTIONSTAR HOLDINGS LLC (N/K/A XOME HOLDINGS LLC), a Delaware Limited Liability Company; and SOLUTIONSTAR FIELD SERVICES LLC, a Delaware Limited Liability Company,<br><br>Defendants. | No. 2:16-cv-00302-MCE-JDP<br><br>**ORDER GRANTING MOTION FOR LEAVE TO AUTHORIZE DISTRIBUTION OF CY PRES PAYMENTS**<br><br>Date:    October 24, 2024<br>Time:    10:00 AM<br>Ctrm:    7<br>Judge:   Hon. Morrison C. England, Jr. |

**ORDER**

The Court, having considered the joint motion of Plaintiffs Eugenio and Rosa Contreras, Sherlie Charlot, and Jennie Miller ("Plaintiffs") and Defendants, Nationstar Mortgage LLC, Solutionstar Holdings LLC, and Solutionstar Field Services LLC, ("Defendants") to Authorize Distribution of Cy Pres Payments, and good cause appearing therefore, hereby orders that:

The Parties' Joint Motion is **GRANTED**.

Based on the *pro rata* shares awarded to Settlement Class Members in each of the three state Settlement Classes, the allocation of *cy pres* awards to recipients designated in the Settlement Agreement shall be as follows:

- California ChangeLawyers, the designated *cy pres* recipient in California, should be distributed 60.61% of the residual funds, or $547,213.50.
- Funding Florida Legal Aid, the designated *cy pres* recipient in Florida, should be distributed 29.37% of the residual funds, or $265,130.20.
- The Illinois State Bar Foundation, the designated *cy pres* recipient in Illinois, should be distributed 10.02% of the residual funds, or $90,464.84.

IT IS SO ORDERED.

DATED: September 30, 2024

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE